Name: Jose M. Gonzalez

Address: 1215 Hidalgo Street #205

Laredo, Texas 78040

Phone Number: 253-981-5462

Email Address: middlemanadvert@gmail.com

*Pro Se*

FILED

AUG 22 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

Jose M. Gonzalez

**PLAINTIFF(S)**

v.

International Medical Devices, et. al.

**DEFENDANT(S)**

CASE NUMBER: 1:24CV00982 DII

### APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: August 19, 2024

Signature: Jose