

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Beverly Hills, CA 90211

| Certified Mail Fee | $4.85 | 0299 08 |
| $ | $0.00 | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.71

Total Postage and Fees $8.56          08/19/2024

Sent To James J. Elist, MD
Street and Apt. No., or PO Box No. 8500 Wilshire Blvd # 707
City, State, ZIP+4® Beverly Hills, CA 90211

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Eden Prairie, MN 55344

| Certified Mail Fee | $4.85 | 0299 08 |
| $ | $0.00 | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.43

Total Postage and Fees $8.28          08/19/2024

Sent To Gesiva Medical, LLC % Thomas A. Hopper
Street and Apt. No., or PO Box No. 6385 Old Shady Oak Road # 250
City, State, ZIP+4® Eden Prairie, MN 55344

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Beverly Hills, CA 90211

| Certified Mail Fee | $4.85 | 0299 08 |
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.43

Total Postage and Fees $8.28          08/19/2024

Sent To Dr. James Elist
Street and Apt. No., or PO Box No. 8500 Wilshire Blvd # 707
City, State, ZIP+4® Beverly Hills, CA 90211

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Beverly Hills, CA 90211

| Certified Mail Fee | $4.85 | 0299 08 |
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.43

Total Postage and Fees $8.28          08/19/2024

Sent To Menova Inter., Inc. % James Elist
Street and Apt. No., or PO Box No. 8500 Wilshire Blvd # 707
City, State, ZIP+4® Beverly Hills, CA 90211

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Beverly Hills, CA 90210

| Certified Mail Fee | $4.85 | 0299 08 |
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $3.43

Total Postage and Fees $8.28          08/19/2024

Sent To International Medical Devices % Jonathan Elist
Street and Apt. No., or PO Box No. 717 N. Maple Drive
City, State, ZIP+4® Beverly Hills, CA 90210

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions