

**Jose M Gonzalez**
1215 Hidalgo Street #205
Laredo, Texas 78040

*Filing Fee Enclosed*
$405.00

**U.S. District Clerk's Office**
501 West Fifth Street,
Suite 1100
Austin, Texas 78701