

# U.S. District Court

## Texas Western - Austin

Receipt Date: Aug 23, 2024 2:31PM

Jose M. Gonzalez
1215 Hidalgo Street #205
Laredo, TX 78040

Rcpt. No: 1896                 Trans. Date: Aug 23, 2024 2:31PM                 Cashier ID: #CERy

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| MO | Money Order | #29251351258 | 08/19/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 1:24-cv-00982 Gonzalez v. International Medical Devices, Inc. et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov