**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-00982-DAE |
| | § | |
| INTERNATIONAL MEDICAL DEVICES, | § | |
| INC., *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

**CORPORATE DISCLOSURE STATEMENTS**

In compliance with Federal Rule of Civil Procedure 7.1:

1.      Defendant International Medical Devices, Inc., a non-governmental corporate party to this action, states that it is a citizen of California, has no parent corporation, and that no publicly held corporation owns 10% or more of its stock;

2.      Menova International, Inc., a non-governmental corporate party to this action, states that it is a citizen of California, has no parent corporation, and that no publicly held corporation owns 10% or more of its stock; and

3.      James J. Elist M.D., a Medical Corporation and non-governmental corporate party to this action, states that it is a citizen of California, has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

**BOWMAN AND BROOKE LLP**

By: */s/ Randall L. Christian*
       Randall L. Christian
       Federal ID No. 15935
       Texas Bar No. 00783826
       randall.christian@bowmanandbrooke.com
       Jonathan L. Smith

1

Federal ID No. 3632192
Texas Bar No. 24088436
jonathan.smith@bowmanandbrooke.com

2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Tel: (512) 874-3800
Fax: (512) 874-3801

*Attorneys for International Medical Devices, Inc.;
Menova International, Inc.; James J. Elist M.D., a
Medical Corporation; and James Elist, M.D.*

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument and all attachments thereto was filed on November 22, 2024 with the Clerk use the ECF system which will give notice of the filing to all persons registered to receive such service.

*/s/ Jonathan L. Smith*

2