UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § | NO. 1:24-CV-982-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| INTERNATIONAL MEDICAL | § | |
| DEVICES, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT AND EXCEED PAGE LIMIT

Before the Court is Plaintiff's Motion for Leave to Amend Complaint and to Exceed Page Limit, filed on November 26, 2024. (Dkt. # 19-2, 19-3.) The Court finds this matter suitable for disposition without a hearing. Upon consideration, for the reasons below, the Court **GRANTS** Plaintiff's Motion for Leave to File Amended Complaint.

Federal Rule of Civil Procedure Rule 15(a) provides that leave to amend pleadings "shall be freely given when justice so requires." FED. R. CIV. P. 15(a). Relevant factors to consider in deciding whether to permit amendment include "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue

1

prejudice to the opposing party, and futility of amendment." Wimm v. Jack Eckerd Corp., 3 F.3d 137, 139 (5th Cir. 1993).

When the motions for leave were filed, Plaintiff did not indicate whether Defendants were unopposed or opposed to the request. Defendants did not file a response demonstrating why the court should decline to grant leave to amend. Moreover, on December 2, 2024, Defendants returned a waiver of service of summons. (Dkt. # 21.)

There is no evidence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment. Therefore, considering the Rule 15(a) factors, the Court fails to find any substantial reason to deny leave to amend and grants Plaintiff's Motion to File Amended Complaint exceeding the page limit.

CONCLUSION

The Court **GRANTS** Plaintiff's Motion for Leave to File an Amended Complaint and Exceed the Page Limit (Dkt. # 19-2, 19-3) and **DIRECTS** the Clerk of the Court to file Plaintiff's Amended Complaint (Dkt. # 19).

In light of the foregoing, Defendants' pending Motion to Dismiss (Dkt. # 17) is **DENIED WITHOUT PREJUDICE SUBJECT TO REFILING**.

2

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, January 24, 2025.


_____

David Alan Ezra
Senior United States District Judge