# The History of Penile Enlargement and the Advent of Penuma

Posted by [James J. Elist, MD](#) | Feb 2022

James J. Elist, MD, presented "The History of Penile Enlargement and the Advent of Penuma" during the 1st *Advances in Men's Health* conference in August 2021.

0:00

[Music]

0:05

regarding the penis and always when we learn in

0:11

residency in other places we talk about circumcision and later on

0:17

back in 1970 when i was in residency we started about penile prosthesis and

0:25

at that point also there was some controversy you know should we do peanut processes should we treat

0:30

uh erectile dysfunction or not and my chairman dr jarman you know was a little bit you know hesitate that his residents

0:37

you know even do this kind of procedure because he said no we are here just to treat cancer prostate cancer bladder and

0:43

other things you know and the penile process something like this was a little bit taboo but always the size has been something

0:50

for men and 52 000 heterosexual men they find a 55 percent or men are satisfied

0:56

with their penis size means that 45 percent were not and about the

85 percent of women they said okay that's that's that's fine although in my practice i find out

within the past couple of years about 30 to 35 percent

of men who come to the office for treatment and surgery of

penile prostates they accompanied with their wives and that's very very interesting to us

to know that the number is increasing more and more and recently we sent an article to be

published at the international journal of impotence research with dr wilson and other colleagues

regarding partner satisfaction after penile processes using a couple of years

for enhancement when i talk about penile processes here i'm mainly talking about penile enhancer subcutaneous penile

prosthesis and the satisfaction rate was very high it's about 95 percent

in this group another question which comes up you know

what what is average what is normal who is normal who we have to do

treat the average age you know is about 9.6

16 less than four inches and the rect is about 13 which is almost

2:19

five and the girt also is almost the same uh four

2:25

uh three three and a half inches and uh almost four four and a half inch

2:31

but that's not the base for the surgery what i would like to talk to you today

2:38

which is all against what we learned in our residency urology residency

2:45

is the patients that you should not do the surgery or when they ask for a procedure you

2:51

have to be very very very careful out of that domain the rest you can do the surgery

2:58

and our residency we learn if patients has a bladder tumor or enlarged prostate or kidney stone okay these are the

3:05

indication for the surgery for a certain point we do trbt or we do cystectomy or so we

3:10

choose that patient for the surgery in this domain we try to find out who are the patients

3:18

that we should not do the surgery and the rest can we do the surgery

3:23

and it comes in different category first is psychological

3:30

which is very very important okay and of course you know we have some physical contraindication also

3:39

some of the men you know are constantly they're occupied and they suffer some of them from a small penis

3:45

anxiety sp and small penis syndrome and there's another group also that they

3:50

have body dysmorphic disease and of course an opinional dysmorphic disease it means that they think

3:57

the size of their penis is small okay and these guys no matter what you do for

4:03

them still they have the same perception they have the same idea

4:09

so how do we select and how do we eliminate this patient because most of our patients especially in beverly hills

4:16

now they come from out of states or out of country they come from europe they come from

4:21

china from russia brazil and other area and other states okay

4:26

up to two years ago when i did not have other colleague you know at the present time i have 10 other physician united

4:32

states from different universities that they joined me and they do this procedure before then it was very very difficult

4:39

for me just to evaluate this patient so we have a questionnaire we send that questionnaire we ask them you know certain question

4:46

for example do you watch yourself in the mirror and are you concerned about the size of your penis do you think about

that what your partner think about that what's your self-confidence about the size of your peers and based on those

questions we find out that if these patients you know they're come with certain number

we send all of them to sex therapists i have 10 educated trained

sex therapists which had the lecture exactly the same kind of lecture i have for you i had lecture for them

and i talked to them about the penis and penile size indication surgery

indicate and complication and all those kind of things and they're well educated and they're available

before kovit unfortunately they were not available on zoom or face time but thanks god after

coffee now they are available so all my colleagues boston new york washington

seattle texas florida all of them you know and i mentioned the name later on all of them

they use as soon as the patient asks for the procedure they answer the

questionnaire we send them to sex therapists to include or exclude that patient out of the surgery

screening for bdd there's no need you know for you just to go through that one this is the responsibility of the sex

therapist psychologists psychiatrists and they do that okay the time that they're occupied

so you should know about that you know because this patient says i'm thinking day and night about the size of my penis

interference with his thought his distress and association with related body i have

some of the patients that say i'm not going to go to gym anymore you know because every time i walk around people come and tease me and they tell me

something we have 30 40 percent of our patient has been teased by their sibling

by their college even at a younger age there was a patient who came and i sent

him to psychiatrists to evaluate and treat him before he comes here he said my father told me you

know with this size penis you never get married nobody wants to marry you with this size penis and that's what his

father said to me we have a lot of teasing insulting

partner or a friend or going to gym or to a shower okay we have

a group of patients you know from military that unfortunately know those people have been insulted and teased

also so we have to be very very careful now all of them must be must be screened

7:20

if you decide at some point to do this procedure they must be screened okay that's very very important okay

7:27

so there are three primary treatments one of the psychological counseling that's what we do start we'll start with that one almost

7:34

i think at this point in time almost all our patients okay but if some patients have

7:40

uh indication you know for example patients peyronie's disease you know he's been treated and now as he has a

7:45

hourglass penis i don't need to send him to psychiatrist or psychology or sex therapist and i know and i do the

7:51

surgery on him okay and if a patient has a total retraction of his penis you're going to see the

7:57

picture i don't need to send me anywhere i do the surgery but if i see something like

8:02

that and patients who is preoccupied and constantly asking or

8:07

they have unrealistic expectation we have a set of picture of the different sizes of the penis and

8:14

we show it to them and we ask them you know what's the size of your penis now and he choose something about two three

8:20

four inches and he is because i measured him and then i tell him what do you think you're going to be

8:26

if he says from four on his four inch and his girth he wants to be five and a half or six which is realistic with this

8:33

procedure then he's a in a candidate if suddenly he wants to be seven

8:39

he has unrealistic expectation that patient is not good for surgery and don't do it because he's going to hunt

8:45

you for the rest of your practice you're going to be with you and ask you for more he comes back and so i want to do

8:50

the surgery i made that mistake years years ago i had the patience you know from texas and nobody experienced

8:55

originally was four four and a half now he is almost six six and a half so he

9:01

gained about two twenty inches he called every three months and oh my wife wants to get divorced because my appearance is

9:06

small smaller you have to make it bigger you cannot there's no way you know you don't have the skin you don't have anything okay but it's still you know

9:13

he's insisting constantly because you know he's occupied unfortunately originally i was not aware

9:20

of this kind of things you know just to go through the counseling and psychological evaluation and perception

9:25

and get the documentation all these kind of things but now i find out you know so now we choose

very very wisely now we know who are the patient

and the psychological evaluation while i told you note for plastic surgery for breast implant

i asked my colleague plastic surgeon they said we don't need that for nose job they don't need that for

tummy tuck they don't need that so plastic surgeons you know most of them they're not acquainted with this

counseling and these kind of things okay and they do that but the community and the peer pressure

and the other situation you know made us to put the bar very very high

and go based on that one okay and sometimes you know they need the

cognitive behavior therapy and building confidence you know because they come in with very low self-confidence so why you

want to do the surgery my self-confidence is very old i feel very uncomfortable if i want to have any kind

of relationship and the light should be off and because i don't want to be there when i stand

you know i go to shower i do to gym or somewhere with my friend going to swimming pool i feel very very

10:35

embarrassed and uncomfortable okay so that that's what i would like to do something like that okay so it's very

10:41

very important you know just put that division to the uh in the hand of sex

10:47

therapist let them clear it for you and when you get the clearance and you get the report and you review that report

10:53

and say okay i talked to this patient these patients do not have reasonable expectation this patient knows what's going on

10:59

then in the future if something comes hard then you can ask the sex therapist you know please follow this guy you said it was a good candidate and also it's

11:06

like insurance that you buy so it's very very important okay for that part

11:11

there is a physical indication that we don't do the surgery we don't do any surgery on patients who are not circumcised because when you increase

11:18

the girth these patients all of them get fimosis and you don't want to do that and after five months you cannot do the

11:23

surgery you cannot do circumcision because if you cut then you open and the implant

11:29

gets infected you have to come out so don't do it okay even patient insists that i don't want to do that don't do it

11:34

okay patient who had previous surgery i made that mistake original patient with fat injection alloderm dermal graft and

i'm going to show you the pictures of those patients i used to remove alloderm and do the

surgery remove the fat and do the surgery remove the gel and filler and do

the surgery but i didn't know that the skin has been insulted the skin is not healthy so after six

months here the skin is starting to damage or some of the patients that i have it

after two or three years their expansion is not that much because the skin has been insulted become like a

leather when you put the alloderm alloderm is part of the

tissue from cadaver that has been approved for substitution

of the skin and burn and some of the plastic surgeon originally used that one to roll it like

a strip of bacon and put it under the skin to increase the girth but it retracts

it damage the skin it's uh just the sucked the blood from the skin make the skin unhealthy

so i i i didn't know that i was the first one who was doing this procedure so i didn't know what to do what not to do okay even

consulting with anybody they said i have no idea so we removed it because patient was not happy and after six months came

12:56

back and said okay i want to do the surgery so we did the surgery and find out you know his skin is not expanding and sometimes there's a complication so

13:03

i asked my colleague not to do it not to do just the patient who had not had a

13:09

surgery and their candidate for this procedure just a patient who did not have any uh previous surgery okay

13:16

non-surgical options what are the non-surgical oral supplements you know if you put penile enhancement

13:22

enlargement and google you know get one and a half million two million of these things and also they try to sell viagra

13:29

cialis or anything in that category it doesn't for ssri knows demonstrate effective on patient bdd okay that's the

13:37

body dysmorphic disease and viagra cialis you know just

13:42

expand and increase the blood flow there vacuum therapy has not been effective at

13:48

all okay and weight there are some of the surgeons some of the physicians of the plastic surgeons

13:53

you know especially and i tell you why plastic surgeon they use weight okay and put the weight but

13:59

you cannot with the weight you know 24 hours a day so at some point you remove it and then it goes back again the same

thing and sometimes because of too much stretch you know making numbness or damage to the penis okay

[Music] what are the surgical options in which was presented and how did i come with

this idea back in late 90s fat injection by plastic surgeons became

very common you know something to say we do penile enlargement so the first penile enlargement was done in miami by a

plastic surgeon and while the patient was on the table they tried to inject their fat fat went to corpus caverns one

patient died on the table that was the first story of fat injection by plastic surgeon since then

plastic surgeons came out now i think you know there's one plastic surgeon he might do the

fat injection you know in united states okay aun and their guideline that's very

important discourage you know they said fat injection and release of suspensory

ligament both of them are below a standard of care and if you do that you know so you're

not the good person okay and many times when urologists have done that

the lawsuit was filed it was very very very easy

just to go to the court the attorney all it did made a copy of that guideline went to

the court and show it to them so okay they say here aun american urology association that these guys are members

as you know this is below standard of care and this guy did it so what do you think the case was closed that's it against

the physician so that's the reason fat injection and everything and that's going to happen with fat injection as you see you know

in that area become bulged because fat does absorb we know that as a

surgeon we know when you transfer any part of fat from one part to the other body because there is no vascularity

after six months after a year it becomes you know like a small bomb so

it it has no vascularity in that area division of suspensory ligament is the same thing

none of the patient with division of suspensory ligament when i got length what they got got shorter now there's a

study there's an article which was published and they said all the patient who has cut of suspensory ligament because of

the scar tissue it retracts and it goes back when the patient comes with suspensory ligament i tell them okay if

16:25

i do the surgery you might not get the length but if you want the girth you can get the girth but i do that you know i

16:30

remove the scar tissue but i'm telling you in advance okay so these are the only patient who had previous surgery

16:36

that still we do the surgery for them but we get the consent that this patient might not get any more lent because of

16:41

the scar tissue in that alder pmm silicone gel hydraulic all

16:46

these materials and everything you know all of them causes damage to the skin okay urologists don't do that

16:53

but plastic surgeon they do that unfortunately does they do that and dermatologists i find out you know

16:58

recently they do that okay i was talking to physicians oh i do a lot of filler and i do

17:03

injectors okay what it does it's all increased the girth it's okay but it does absorb in three months it's all

17:08

right injected again so so they have to go back and inject it again and again until they damage the skin and at some

17:14

point you know form a lot of scar tissue in that area that patients erection becomes smaller no and

17:20

then unfortunately they get the legal problems about that okay so these are the things you know urologists don't do

17:26

it as far as i know but unfortunately other people do that and that's what dr wilson told me he

17:31

said jim if you don't come up with subcutaneous penile processes at some point you know plastic surgeon or

17:36

dermatologist or other group of physician and surgeon they come with that idea and that damage you know ruin

17:42

our reputation and that was right so that's the reason no we are here as a urologist we want to

17:47

be as a pioneer we are there because we know we know the anatomy of the penis we know what to do and we know what's going

17:53

on and you see the video of the surgery you know and surgeons you know can do this procedure urologist any urology can

17:59

do that procedure 45 minutes 30 30 minutes okay that's very important

18:05

and that is the penum we came with the name of penumera the new mount my son came with the name of enuma penis new

18:11

man okay so that becomes penum okay and that's the registered name of the

18:17

implant so for the first time i although my patent in our late 90s early 2000s we

18:23

got our final in 2004 and we got fd at that time

18:28

we got the first fda approval and this is the only and the first fda approved

18:34

subcutaneous penile process we got the first fdm 2004 we got the

18:39

second fdn 2016. and we got the third fdm 2019 and now we are approved for the

18:47

penile enhancement or actually we are approved for the

18:52

soft tissue deformity of the penis which is general okay so this is something in

18:58

general okay so we have that one what is it what's the advantage first of all it's permanent fat injection thermal

19:04

graft alloys and none of them are permanent you know they go away okay it's reversible patient doesn't want it okay

19:11

you remove it okay i had a patient you know a cardiologist from san diego i did surgery about a year ago after a few

19:18

months you know he says no dr ellis i always wanted to have this penis this is great this is fantastic

19:25

but unfortunately no it's too big for my wife because because

19:30

another question which came up is very important my wife although we have three children she had c-section she never had

19:37

vaginal delivery so it was suddenly his penis changed from four to six and it

was very difficult he came very very nice gentleman with his wife we sat down we discussed and i

told him okay we can remove it there's no problem okay and we have to give them rehabilitation after removal

there's an article will be published also on ijir regarding rehabilitation and removal because when you remove what

happens when you remove you go back to better than you were before and we did a study many of our patients a year after

with rehabilitation and searching pulling pushing everything and we rehabilitate the penis post

removal and they keep some of the girth which is very important because they form the small capsule and the skin so

some of the gerd and some of the lent they gain but uh of course you know they lose

their whatever they had with the implant and now as i said it was offered in more

than 10 clinic in boston we have professor o'leary from harvard university he performs this

procedure in new york we have dr valenzuela and

mount sinai in chicago i have dr levine at rush university

and then i have dr sean bleak i have dr kansas i have dr shaw i have dr geiler

and i have dr taj and i have dr fossil also so we have almost covered everywhere there's some

area that in case anybody wants to be added that's fine we'll be more than happy to have more and more physician

originally they start with maybe one or two case per week now at the

present time they have five to six case per week and they shift most of their

practice you know to this procedure and because this procedure first of all i

know is cash we've never gotten a cpt code or anything so it's a cash patient so so they feel much more comfortable

not to do this procedure and their reward is much better than ipp and other procedures of course you know this is

almost they get 10 times more than ipp which takes an hour and a half and this procedure takes 45 minutes so that's the

reason you know they try to get more and more dr valenzuela even made a clinic in park avenue just specifically for his

patients in this group it comes in different sizes as you see it comes in large extra large and double x large we

start with large and the reason i start with large is based on my

22:08

traumatic a situation which i got when i was

22:13

resident when i was chief resident at george washington university i had the patient at that time some of you might

22:19

remember that there was a penile prosthesis with the name of small carrion and i scheduled that patient for a small

22:25

carry-on so he went and complained to the chairman of the dr uh edson and said i

22:31

don't want to work with dr ellis anymore he wants to put a small implant for me and i asked him for the largest implant

22:38

and he said which one are going to put it said the small carrion i said that's the name of the implant has nothing to do with the size you know this is dr a

22:44

small inductor carrier so i learned my lesson so i start with large not with a small medium large i

22:51

start with large extra large and double x large and each of them comes with a

22:58

longer also so we have large extra long we have extra large extra long these are

23:04

six and they come in eight also but it's streamable you can trim it and you can adjust it in

23:11

operating room so let's say you have extra large which is about eight

23:16

and when you measure and you want to put it inside it's seven you trim it you cut it and put it there

23:22

okay you want six i got it put it six okay and these two uh the most common is

23:28

extra large about eighty percent of the patient use extra large some patients you know they use large we have to use

23:34

large they cannot choose you choose and we're going to talk about that one and 25 percent of patients they come back

23:41

after two or three years because the skin expands so you go with extra large

23:47

double extra extra extra large because you have to expand it because

23:53

the implant becomes small for the penis so you start to know just to go like this so you want to put it back

23:59

again so we have that one for another situation

24:04

advantage of this implant first of all is permanent and reversible it's natural looking you can customize

24:10

it we did study in the journal of sexual medicine over 400 patients

24:16

and we report the possible risk complications and everything

24:21

before patients come to the office they sign a paper that they watched 20

24:27

minutes video of the possible risk and complications there's animation every single possible risk and complication

even unknown they never had any anybody with erectile dysfunction so there might be a chance of erectile

dysfunction so we really discourage you know based on that video we try but try to inform them that's the most important

tell patients everything inform them in advance and you feel very comfortable so they watch that video and this video is

under panuma presentation if you go to youtube you can see that video also or if you

send the email to me i'll be more than happy to send any information for you for your education okay drlist gmail.com just

send it to me uh of course you know fda cleared patented and is manufactured in

the united states in california we have a iso certified facility that makes

implant a mcchini plant caffeine plant and makes our implants within the past five years my original implant i'm proud

to say was made in montana and victor montana i came here

and i say jan there was a nice nice lady a gentleman and his wife

they were originally working with mentor in santa barbara they moved to victor

montana and i talked to him and said jim i'm going to make your implant so he made the original implant and since then

you know it's been at least fourth generation and now we are in the last generation operation usually takes about

45 minutes 60 minutes and uh it's uh no it doesn't you can do it in surgery

center it doesn't need any device so your surgery center is under application to buy anything okay

and the only thing that you need to know is facelift scissor that's all you need okay if you have it okay

and the short recovery time patient come usually from out of state or local they

come after paperwork documentation medical history clearance everything

everything has been done before they come to the office and sometimes if it's necessary you know if they want to know

i do the face time with them or i do zoom and talk to the patients and ask them to see what's going on what's the

problem and questions and everything they come to the office we see them they sign the consent paperworks and

answer all their questions we do the surgery the same day they go to the hotel one of my assistants will call them okay we have a

people you know that they're registered they come and pick up the patients from the surgery center they

take them back to the hotel stay with them for a couple of hours feed them and then my assistant will call the

patient at night to be sure that everything is okay we see them every day and on third day we remove the drain and

patient can travel they're walking they can do whatever they want you know most of them you know they go for

sightseeing as long as they're sitting we don't want to walk after surgery a lot because they get a lot of

inflammation swelling six weeks of no upper body exercise

usually start two weeks lower body exercise four weeks sexual activity is six to eight weeks no sexual activity

okay in case they get painful erection at night which we they do because they get erection every 90

minutes it was not painful now because of the skin and expansion gets a little bit painful and comfortable and we give them

clones of palm and we give them advil pm and most of them are very happy after

a week 10 days the skin expands enough so they don't need anything okay

as i said you know we had 400 patients in a five-year retrospective study irb

and we have high patient satisfaction 50 percent 57 percent increase in the size

and low adverse rates 3.3 percent infection and

we presented the known 2019 smsna and uh yeah we are

vjpu also there are two versions on vjpu 2018 i put the

original suprapubic incision originally when i started this procedure i made i was

making suprapubic incision last year i changed it to a scrotal

incision and you're going to see that one scrotum incision and then we have the poster presentation

case report and everything you know which has been published in ijr these are some of the samples of pre and

post-op okay you see the first one on the left you know that has some uh retraction and kink these are the

sign of tight suspensory ligament next one is his erection is it's a flaccid these are all

flaccid no erection okay and you see the gird and the land

change they're about one one and a half up to three years

29:15

these are the new incision that i made incision on the scrotum okay so there's no suprapubic

29:21

nothing at all and you see significant change on flaccid all our patients now

29:27

we are almost 8 000 patients at surgery all of them they gained girth no matter

29:33

what okay they're very happy nobody has ever complained about their girth everybody is a good girl to know on

29:38

flaccid good girth and erection the girth and erection is more than on flaccid length on flaccid of course

29:44

significantly change any addition length on erection is unpredictable we don't tell them if somebody come in and say i

29:51

want to increase the my length on erection he's not a candidate for the surgery because we don't know we don't

29:56

we might get it one year or two years we might not get it that much okay so we don't know about that one i was talking

30:01

dr goldston in san diego years ago in the meeting and he said if you put weight and traction on the penis at some

30:07

point you know the corpus carbon knows them will start to stretch those patients get some length and i told them

30:12

i put this one there's oh jim this is a great idea so you put that when you're going to stretch that one so i said i

don't know it's a weight okay of course there's a con constant weight of the

implant on the penis and the stretch the penis and gravity so there are two factors gravity and weight both of them

you know stretching the penis continuously 24 hours a day does it increase the length on erection we don't

know but we sure hundred percent that on the pictures and everything you see that it does increase the length this is the

typical patient that doesn't need any psychotherapy sex therapist or anything okay retractile pain is very

uncomfortable patience you know something that it doesn't want to know just to do anything in life so this is

the right way after surgery okay so that that's that's what these are the patients with the retraction you know

that we choose that one okay what's the average age of the patient and this is fat injection as you see

okay as it bulge on the left side okay and the other one is hydrolonic acid

okay [Music] alder retracts forms deformity okay fat

injection absorbs forms deformity all these patients you know end up you

31:25

know to have deformed penis okay all of them so that unfortunate is a matter of time if it

31:31

doesn't happen now it happens in three months six months a year no no matter what retraction and deformity and they

31:36

want to change it okay now the here i think you know we're gonna have a couple of minutes the video

31:42

of the surgery so you become with me in operating okay

31:50

it's coming up i think

31:55

what's the average age of the patients usually we do the surgery from 21 to 65 sometimes then we go a little bit higher

32:01

know if it's needed and sometimes you know we go lower i had the patient 17 years old

32:07

who's referred by psychiatry because he had to commit suicide a couple of times okay this operating room and

32:14

just you mark 12 o'clock and you mark six o'clock okay

32:19

and then incision at the base of the penis and scrotum i do it on the left

32:26

side okay just on the top of the scrotum

32:31

i open that area and then from this area

32:39

i go to the base of the penis as much as possible because try to open the space

32:45

in front of the pubic bone we don't cut suspensory ligament we clean that area okay

32:51

just i clean the area so i'm heading with the caesar this is wilson

32:57

scissor by the way we're heading toward the base of the penis constantly i go

33:03

there okay i put my finger i retract i use bovee i use scissor and i'm hitting

33:09

toward the base of the penis okay when i clean the base and

33:15

it's open i put my finger and i de-glove the penis and i bring the penis from that area out

33:22

okay this is the beginning of the gloving

33:28

attachment from the lateral part should be released i do it with the mets here in this area

33:36

and at some point you know i'm going to use the bovi

33:41

it is very important to know just to release all the attachment from the side

33:47

here just i go in this area on both sides

33:58

and then i try to clean under the glands now i try to find out the 12 o'clock it's very

34:05

important so i know my tonsil is at 12. it's very very

important be sure that when you put the suture you know where is the 12 o'clock okay i

reverse the tonsil that's the implant i put a mesh on the top of the implant

okay i embed the the implant has mesh embedded so we put

extra mesh outside for the sutures we use etibond 3-0 etiband

one at one o'clock another one at eleven o'clock so this is

one o'clock eleven o'clock and this is the lateral suture

so we put the suture the lateral part and you should remember the implant does

not sit like this the implant sits like this that's the reason the corners are a

little bit higher okay these are the last sutures

bring it out the reason you bring it out at this stage to be sure that no suture

is coming out of the skin so i check for the green to see if i see any suture if the suture

has been perforated skin i bring it back cut the suture remove it

and put another suture that's perfect

35:28

okay bring it back you trim the extra mesh put the implant at the base

35:35

that's it drain for two or three days the drain the base of the drain is 19 french

35:41

perforated it goes at the base of the penis and then we start to close on the top of the

35:48

corpus cavern so we get the darters you close it with 3o vikrill you close

35:53

subcute with trio and the skin with 4o monochrome and that's it

36:00

so post-op you know changed about two almost two inches on both sides

36:11

mommy wrap we remove the wrap next day

36:16

and just we put the euro wrap for the patient

36:22

so this was before three and a half after surgery right away is 5.75

36:30

so in conclusion you know we hear a lot you know originally what i heard from my

36:36

patient because i used to do a lot of ipp patient came back so i'm very happy with ipp after two or three years but my

36:42

penis is narrow so the first article that we published in ijir back about

36:47

seven eight years ago or maybe 10 years ago was a group of patients 10 12

36:52

patients with ipp and semi-rigid penile processes and we put it this implant

36:57

so now they're very very happy still we do that okay so that was originally we start to that one okay and the surgical

37:05

option you know anything that other people have done it was not been affected this is the only one as i said

37:10

no thanks god is fda approved you know we have a patented and

37:16

clinical study behind it unfortunately i'm blessed enough that i have a group of uh colleague and physician united

37:21

states and we try you know to get dr david ralph you know he came to my operating room from london and we're

37:27

going to join us also as part of this procedure and we get other physicians from out of united states hopefully

37:33

as a group of physician urologists from united states we can ship it to international out of united states and

37:40

thank you very much thanks a lot

English (auto-generated)