# The Progeny of the Penile Silicone Implant as FDA Cleared



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

_____

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

OCT 2 5 2004

Ms. Sherry J. Null
National Medical Devices, Inc.
8500 Wilshire Boulevard, Suite 707
Beverly Hill, California 90211

Re: K042380
    Trade/Device Name:  Silicone Block
    Regulation Number:  21 CFR 874.3620
    Regulation Name:  Ear, nose and throat synthetic polymer material
    Regulatory Class:  II
    Product Code:  MIB
    Dated:  September 1, 2004
    Received:  September 2, 2004

Dear Ms. Null:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Page 2 - Ms. Sherry J. Null

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address http://www.fda.gov/cdrh/dsma/dsmamain.html

Sincerely yours,

Miriam C. Provost
for Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative
 and Neurological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

# Indications for Use

510(k) Number (if known): _K O 4 2 3 8 0_

Device Name:          Silicone Block

Indications For Use:

The Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant to aid in the reconstruction process.

Prescription Use ___X___          AND/OR          Over-The-Counter Use _____
(Part 21 CFR 801 Subpart D)                        (21 CFR 801 Subpart C)

  (PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

_Miriam C Provost_

**(Division Sign-Off)**
**Division of General, Restorative, and Neurological Devices**                    Page 1 of _____

**510(k) Number** _K042380_

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**
Public Health Service

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center - WO66-G609
Silver Spring, MD  20993-0002

February 1, 2017

International Medical Devices, Inc.
℅ Allison Komiyama
Principal Consultant
Acknowledge Regulatory Strategies
2834 Hawthorn St.
San Diego, CA  92104

Re:     K162624
        Trade/Device Name:  Pre-Formed Penile Silicone Block
        Regulation Number:  21 CFR 874.3620
        Regulation Name:  Ear, Nose, and Throat Synthetic Polymer Material
        Regulatory Class:  Class II
        Product Code:  MIB
        Dated:  December 20, 2016
        Received:  December 22, 2016

Dear Allison Komiyama,

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-

Page 2 - Allison Komiyama

related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely,

Benjamin R. Fisher -S

Benjamin R. Fisher, Ph.D.
Director
Division of Reproductive, Gastro-Renal,
  and Urological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

**Indications for Use**

Form Approved: OMB No. 0910-0120

Expiration Date: January 31, 2017

*See PRA Statement below.*

510(k) Number *(if known)*

K162624

Device Name
Pre-Formed Penile Silicone Block

Indications for Use *(Describe)*
The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant.

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

**PLEASE DO NOT WRITE BELOW THIS LINE – CONTINUE ON A SEPARATE PAGE IF NEEDED.**

**FOR FDA USE ONLY**

Concurrence of Center for Devices and Radiological Health (CDRH) *(Signature)*

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

**FORM FDA 3881 (1/14)**                          Page 1 of 1                    PSC Publishing Services (301) 443-6740    EF

510(k) Summary



# 510(k) Summary
## K162624

**DATE PREPARED**
January 27, 2016

**MANUFACTURER AND 510(k) OWNER**
International Medical Devices, Inc.
717 North Maple Drive, Beverly Hills, CA 90210, USA
Telephone:     (310) 652-2600
Fax:              (310) 657-0500
Official Contact: James Elist, MD

**REPRESENTATIVE/CONSULTANT**
Allison C. Komiyama, Ph.D., R.A.C.
AcKnowledge Regulatory Strategies
Telephone:     +1 (619) 208-7888
Email:            akomiyama@acknowledge-rs.com

**PROPRIETARY NAME OF SUBJECT DEVICE**
Pre-Formed Penile Silicone Block

**COMMON NAME**
Elastomer, Silicone Block

**DEVICE CLASSIFICATION**
21 CFR 874.3620, Product Code MIB, Class II

**INDICATIONS FOR USE**
The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant.

**DEVICE DESCRIPTION**
The Pre-Formed Penile Silicone Block is made from medical grade silicone with an embedded polyester mesh. The device comes in variations that include three sizes (L, XL, and XXL) and one durometer ("Soft"). Size "L" is 12 cm in length with a maximum thickness of 0.5 cm and a height of 2 cm. Size "XL" is 15 cm in length with a maximum thickness of 0.8 cm and a height of 3 cm. Size "XXL" is 18 cm in length with a maximum thickness of 1.1 cm and a height of 3.5 cm. The device is used in the cosmetic correction of soft tissue deformities in the penis, and may be trimmed to allow the surgeon to tailor the device to the needs of a specific patient.

IMD International Medical Devices Inc.

510(k) Summary

**PREDICATE DEVICE IDENTIFICATION**

The Pre-Formed Penile Silicone Block is substantially equivalent to the following predicates:

| 510(k) Number | Predicate Device Name / Manufacturer | Primary Predicate |
|---|---|---|
| K042380 | Silicone Block / National Medical Devices, Inc.* | ✓ |
| K040042 | Medisil Silicone Sheeting / Medisil Corporation | |
| K022511 | AART Calf Implant / Aesthetic and Reconstructive Technologies, Inc. | |
| K021839 | AART Gluteal Implant / Aesthetic and Reconstructive Technologies, Inc. | |

* National Medical Devices, Inc. is now International Medical Devices, Inc.

**SUMMARY OF NON-CLINICAL TESTING**

No FDA performance standards have been established for the Pre-Formed Penile Silicone Block. No additional non-clinical testing was provided in this submission in order to demonstrate substantial equivalence.

**SUMMARY OF CLINICAL TESTING**

Clinical evidence on 100 patients was collected to evaluate the risks of migration, erosion, and pain. After the surgical procedure, follow-up data for all patients was collected and evaluated at the following time points: the three successive days following the procedure, and at two weeks, one month, three months, six months, and twelve months following the procedure.

Pain was assessed post-operatively using a validated 0 to 10 Comparative Pain Scale. In 100 patients the weighted average pain rating across the patient population reviewed was 3.2. Pain relief was experienced on average in 7.2 days. In 100 patients there were 3 cases of erosion. This adverse event was observed by the clinic on average 8 months after the patient's procedure with a minimum of 6 months and a maximum of 10 months. In 100 patients there were 4 cases of migration. This adverse event was observed by the clinic on average 1.5 months after the patient's procedure with a minimum of 1 month and a maximum of 2 months. In 100 patients there were 3 cases of infection. This adverse event was observed by the clinic on average 3.5 months after the patient's procedure with a minimum of 2.5 months and a maximum of 4.5 months. 3 out of the 3 cases of erosion and 3 out of the 4 cases of migration were determined to be caused by failure of the patient to follow post-operative instructions (e.g., avoid use of external devices for the stretching/expansion of penile skin). Labeling to mitigate these risks has been added to the package insert in order to more directly address post-operative care.

IMD believes that the unique anatomy, physiology, and function of the penis does not increase the overall potential risks compared to the predicate devices. Clinical evidence demonstrates that rates of pain, erosion, migration, and infection are low compared to reports of other silicone implants on the market.

510(k) Summary



**EQUIVALENCE TO PREDICATE DEVICES**
International Medical Devices, Inc. believes that the Pre-Formed Penile Silicone Block is substantially equivalent to the predicate devices based on the information summarized here:

The subject device has a similar design and dimensions, has an equivalent intended use, and uses identical materials as the device cleared in K042380. The subject device has similar or identical technological characteristics to the devices cleared in K042380, K040042, K022511 and K021839.

**CONCLUSION**
The Pre-Formed Penile Silicone Block is considered substantially equivalent to the predicate devices based on the similar indications for use, clinical testing, and similar or identical technological characteristics. Based on this comparison, it can be concluded that the subject device does not raise new issues of safety or effectiveness compared to the predicate devices.



January 23, 2019

International Medical Devices, Inc.
℅ Allison Komiyama, Ph.D., RAC
Principal Consultant
AcKnowledge Regulatory Strategies, LLC
2834 Hawthorn St.
San Diego, CA  92104


Re:      K181387
         Trade/Device Name:   Pre-Formed Penile Silicone Block
         Regulation Number:  21 CFR 874.3620
         Regulation Name:  Ear, Nose, and Throat Synthetic Polymer Material
         Regulatory Class:  Class II
         Product Code:  MIB
         Dated:  December 19, 2018
         Received:  December 26, 2018

Dear Allison Komiyama:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

K181387 - Allison Komiyama, Ph.D., RAC                                    Page 2

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see https://www.fda.gov/CombinationProducts/GuidanceRegulatoryInformation/ucm597488.htm); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/) and CDRH Learn (http://www.fda.gov/Training/CDRHLearn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (http://www.fda.gov/DICE) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Glenn B. Bell -S

for
Benjamin R. Fisher, Ph.D.
Director
Division of Reproductive, Gastro-Renal,
  and Urological Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

**Indications for Use**

Form Approved: OMB No. 0910-0120

Expiration Date: 06/30/2020

*See PRA Statement below.*

510(k) Number *(if known)*

K181387

Device Name
Pre-Formed Penile Silicone Block

Indications for Use *(Describe)*
The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant.

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)        ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

**FORM FDA 3881 (7/17)**          Page 1 of 1          PSC Publishing Services (301) 443-6740    EF



# 510(k) Summary
## K181387

**DATE PREPARED**
December 19, 2018

**MANUFACTURER AND 510(k) OWNER**
International Medical Devices, Inc.
717 North Maple Drive, Beverly Hills, CA 90210, USA
Telephone:     (310) 652-2600
Fax:               (310) 657-0500
Official Contact: James Elist, MD

**REPRESENTATIVE/CONSULTANT**
Allison C. Komiyama, Ph.D., R.A.C.
AcKnowledge Regulatory Strategies, LLC
Telephone:     +1 (619) 208-7888
Email:            akomiyama@acknowledge-rs.com

**PROPRIETARY NAME OF SUBJECT DEVICE**
Pre-Formed Penile Silicone Block

**COMMON NAME**
Elastomer, Silicone Block

**DEVICE CLASSIFICATION**
21 CFR 874.3620, Product Code MIB, Class II

**CLASSIFICATION NAME**
Ear, nose, and throat synthetic polymer material

**PREDICATE DEVICE IDENTIFICATION**
The Pre-Formed Penile Silicone Block is substantially equivalent to the following predicates:

| 510(k) Number | Predicate Device Name / Manufacturer | Primary Predicate |
|---|---|---|
| K162624 | Pre-Formed Penile Silicone Block / International Medical Devices, Inc. | ✓ |

**DEVICE DESCRIPTION**
The Pre-Formed Penile Silicone Block is made from medical grade silicone with an embedded polyester mesh. The device comes in variations that include three sizes (L, XL, and XXL) and one durometer ("Soft"). Size "L" is 12 cm in length with a maximum thickness of 0.5 cm and a height of 2 cm. Size "XL" is 15 cm in length with a maximum thickness of 0.8 cm and a height of 3 cm. Size "XXL" is 18 cm in length with a maximum



thickness of 1.1 cm and a height of 3.5 cm. The device is used in the cosmetic correction of soft tissue deformities in the penis, and may be trimmed to allow the surgeon to tailor the device to the needs of a specific patient.

**INDICATIONS FOR USE**

The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant.

**COMPARISON OF TECHNOLOGICAL CHARACTERISTICS**

IMD believes that the Pre-Formed Penile Silicone Block is substantially equivalent to the predicate device based on the information summarized here:

The subject device has identical dimensions, the same indications for use, and the same design as the device cleared in K162624. The subject device has similar materials and similar technological characteristics to the device cleared in K162624. Testing submitted in this premarket notification demonstrates that including a new medical grade silicone material does not affect the safety and effectiveness of this device.

**SUMMARY OF NON-CLINICAL TESTING**

No FDA performance standards have been established for the Pre-Formed Penile Silicone Block. A summary of the following tests that were performed was provided in order to demonstrate safety based on current industry standards:

- Biocompatibility Risk Assessment per ISO 10993-1
- Cytotoxicity testing per ISO 10993-5
- Extractable/Leachable Chemical Analysis (GC/MS, ICP/MS, ICP/AES, LC/MS)
- Toxicological Risk Assessment per ISO 10993-17

The results of these tests indicate that the Pre-Formed Penile Silicone Block is substantially equivalent to the predicate device.

**CONCLUSION**

Based on the biocompatibility testing, extractable/leachable chemical analysis, and toxicological risk assessment performed, it can be concluded that the subject device does not raise new issues of safety and effectiveness compared to the predicate device. The identical indications for use and similar technological characteristics for the proposed Pre-Formed Penile Silicone Block are assessed to be substantially equivalent to the predicate device.



May 13, 2022

International Medical Devices, Inc.
℅ Allison C. Komiyama, Ph.D., R.A.C.
Principal Consultant
Rqm+
2251 San Diego Avenue, Suite B-257
San Diego, CA  92110


Re:     K220760
        Trade/Device Name:   Pre-Formed Penile Silicone Block
        Regulation Number:  21 CFR§ 874.3620
        Regulation Name:  Ear, Nose, and Throat Synthetic Polymer Material
        Regulatory Class:  II
        Product Code:  MIB
        Dated:  March 15, 2022
        Received:  March 15, 2022

Dear Allison C. Komiyama:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies.

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

K220760 - Allison C. Komiyama, Ph.D., R.A.C                                                      Page  2

You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance) and CDRH Learn (https://www.fda.gov/training-and-continuing-education/cdrh-learn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/contact-us-division-industry-and-consumer-education-dice) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Mark R. Kreitz -S

for Mark J. Antonino, M.S.
Assistant Director
DHT3B: Division of Reproductive,
   Gynecology and Urology Devices
OHT3: Office of GastroRenal, ObGyn,
   General Hospital and Urology Devices
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## Indications for Use

Form Approved: OMB No. 0910-0120

Expiration Date: 06/30/2023

*See PRA Statement below.*

510(k) Number *(if known)*
K220760

Device Name
Pre-Formed Penile Silicone Block

Indications for Use *(Describe)*
The Pre-Formed Penile Silicone Block is intended for use in augmentation, reconstructive and cosmetic surgery, and is contoured at the surgeon's discretion to create a custom implant. When used in augmentation procedures, the device provides cosmetic augmentation of the penis and is intended for aesthetic purposes.

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

### CONTINUE ON A SEPARATE PAGE IF NEEDED.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

FORM FDA 3881 (6/20)                    Page 1 of 1                    PSC Publishing Services (301) 443-6740    EF



# 510(k) Summary

**DATE PREPARED**
May 9, 2022

International Medical Devices, Inc.
717 North Maple Drive, Beverly Hills, CA 90210, USA
Telephone:     (310) 652-2600
Fax:               (310) 657-0500
Official Contact: James Elist, MD

**REPRESENTATIVE/CONSULTANT**
Allison C. Komiyama, Ph.D., RAC
Lucie Dalet, Ph.D.
Matthieu Kirkland, M.S.
RQM+
2251 San Diego Avenue, Ste B-257, San Diego, CA 92110, USA
Telephone:     +1 (412) 816-8253
Email:            akomiyama@rqmplus.com

**PROPRIETARY NAME OF SUBJECT DEVICE**
Pre-Formed Penile Silicone Block

**COMMON NAME**
Elastomer, Silicone Block

**DEVICE CLASSIFICATION**
21 CFR 874.3620, Product Code MIB, Class II

**CLASSIFICATION NAME**
Ear, nose, and throat synthetic polymer material

**PREDICATE DEVICE IDENTIFICATION**
The Pre-Formed Penile Silicone Block is substantially equivalent to the following predicate:

| 510(k) Number | Predicate Device Name / Manufacturer | Primary Predicate |
|---|---|---|
| K181387 | Pre-Formed Penile Silicone Block / International Medical Devices, Inc. | ✓ |

**DEVICE DESCRIPTION**
The Pre-Formed Penile Silicone Block is made from medical grade silicone with an embedded polyester mesh. The device comes in variations that include three sizes (L, XL, and XXL) and one durometer ("Soft"). Size "L" is 12 cm in length with a maximum thickness of 0.5 cm and a height



510(k) Summary

of 2 cm. Size "XL" is 15 cm in length with a maximum thickness of 0.8 cm and a height of 3 cm. Size "XXL" is 18 cm in length with a maximum thickness of 1.1 cm and a height of 3.5 cm. The device is used in visual augmentation, reconstructive and cosmetic surgery for the penis, and may be trimmed to allow the surgeon to tailor the device to the needs of a specific patient.

| Part # | Part Description | Materials |
| --- | --- | --- |
| IMD006-L-S | IMD Block, Packaged Soft, Large, Sterile | Silicone and Polyester Mesh |
| IMD006-L-NS | IMD Block, Packaged Soft, Large, Non-sterile | |
| IMD006-XL-S | IMD Block, Packaged Soft, XL, Sterile | |
| IMD006-XL-NS | IMD Block, Packaged Soft, XL, Non-sterile | |
| IMD006-XXL-S | IMD Block, Packaged Soft, XXL, Sterile | |
| IMD006-XXL-NS | IMD Block, Packaged Soft, XXL, Non-sterile | |

**INDICATIONS FOR USE**
The Pre-Formed Penile Silicone Block is intended for use in augmentation, reconstructive and cosmetic surgery, and is contoured at the surgeon's discretion to create a custom implant. When used in augmentation procedures, the device provides cosmetic augmentation of the penis and is intended for aesthetic purposes.

**COMPARISON OF TECHNOLOGICAL CHARACTERISTICS**
The subject device has identical dimensions, design, materials, and technological characteristics as the predicate device (K181387). The subject and predicate devices have the same intended use, as both are intended to be implanted in the penis as a space-occupying substance in cosmetic surgeries.

**SUMMARY OF NON-CLINICAL TESTING**
Because no changes in technological characteristics are made for the subject device compared to the predicate device, non-clinical testing, such as biocompatibility, sterilization validation, and non-clinical performance testing is not needed to support a substantial equivalence of the subject device to the predicate.

**SUMMARY OF CLINICAL TESTING**
The Pre-Formed Penile Silicone Block is intended for use in visual augmentation, reconstructive and cosmetic surgery, and is contoured at the surgeon's discretion to create a custom implant. In a retrospective study, 526 patients underwent elective cosmetic penile surgery using the Pre-Formed Penile Silicone Block over a period of five years. Approval from the Institutional Review Board was obtained to perform a retrospective analysis of the cosmetic surgery outcomes. Of the 526 patients who underwent elective cosmetic penile surgery using the subject device, 400 patients responded to the study author's request for consent and were included in the study. The outcomes of their surgeries are summarized here. Clinical effectiveness of the subject device was evaluated via changes in penile measurements, changes in the Augmentation Phalloplasty Patient Selection and Satisfaction Inventory (APPSSI), changes in patient self-confidence and self-esteem, and a change in the incidences of adverse events.



K220760
Page 3 of 3

510(k) Summary

Penile circumference was measured before, immediately after, and 30-90 days after the implant surgery. In the 400 patients, the implantation of the Pre-Formed Penile Silicone Block increased midshaft circumference from an average of 8.5 ± 1.2 cm to 13.4 ± 1.9 cm, a 56.7% increase (P<.001). Six to eight weeks postoperatively, 83% of the surveyed patients noted a 2-category improvement in their self-confidence and self-esteem, and upon long-term follow-up (2-6 years, mean 4 years), 72% patients maintained a 2-category improvement in their APPSSI score, and 81% of subjects reported "high" or "very high" levels of satisfaction with their surgical outcome.

The most frequently reported postoperative complications were seroma (4.8%), scar formation (4.5%), and infection (3.3%). 3% of patients experienced adverse events that necessitated device removal. There were no reports of any changes to sexual function, erections, or ejaculations.

**CONCLUSION**
The subject device is identical in dimensions, design, materials, and technological characteristics and has the same intended use as the predicate device (K181387). It was determined that the subject device is as safe and effective as the predicate device because they have the same intended use and identical technological characteristics. Therefore, the subject device is substantially equivalent to the predicate device.



February 3, 2023

International Medical Devices, Inc.
℅ Lucie Dalet
Senior Regulatory Consultant
Rqm+
2251 San Diego Ave, Suite B-257
San Diego, California 92110

Re:  K223051
    Trade/Device Name:  Pre-Formed Silicone Block
    Regulation Number:  21 CFR 874.3620
    Regulation Name:  Ear, Nose, And Throat Synthetic Polymer Material
    Regulatory Class:  Class II
    Product Code:  MIB
    Dated:  February 3, 2023
    Received:  September 29, 2022

Dear Lucie Dalet:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database located at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's

K223051 - Lucie Dalet                                                                                    Page  2

requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801 and Part 809 medical device reporting (reporting of medical device-related adverse events) (21 CFR 803) for devices or postmarketing safety reporting (21 CFR 4, Subpart B) for combination products (see https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance) and CDRH Learn (https://www.fda.gov/training-and-continuing-education/cdrh-learn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/contact-us-division-industry-and-consumer-education-dice) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Deborah A. Fellhauer -S

Deborah Fellhauer RN, BSN
Assistant Director
Plastic Surgery Skin and Wound Devices Team
DHT4B: Division of Infection Control and Plastic Surgery
Devices | OHT4: Office of Surgical and Infection Control
Devices
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration


Enclosure

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Food and Drug Administration<br><br>**Indications for Use** | Form Approved: OMB No. 0910-0120<br>Expiration Date: 06/30/2023<br>*See PRA Statement below.* |
|---|---|

510(k) Number *(if known)*
K223051

Device Name
Pre-Formed Silicone Block

Indications for Use *(Describe)*
The Pre-Formed Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant to aid in the reconstruction process.

Type of Use *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

### CONTINUE ON A SEPARATE PAGE IF NEEDED.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

**FORM FDA 3881 (6/20)**          Page 1 of 1          <span style="font-size:small">PSC Publishing Services (301) 443-6740     EF</span>



# 510(k) Summary
# K223051

**DATE PREPARED**
February 3, 2023

**MANUFACTURER AND 510(k) OWNER**
International Medical Devices, Inc.
717 North Maple Drive, Beverly Hills, CA 90210, USA
Telephone:      (310) 652-2600
Fax:                 (310) 657-0500
Official Contact: James Elist, MD

**REPRESENTATIVE/CONSULTANT**
Lucie Dalet, Ph.D.
Allison C. Komiyama, Ph.D., RAC
RQM+
Telephone:      +1 (877) 652-0830
Email:               ldalet@rqmplus.com, akomiyama@rqmplus.com

**DEVICE INFORMATION**

| | |
|---|---|
| Proprietary Name/Trade Name: | Pre-Formed Silicone Block |
| Common Name: | Elastomer, Silicone Block |
| Regulation Number: | 21 CFR 874.3620 |
| Class: | Class II |
| Product Code: | MIB |
| Premarket Review: | Surgical and Infection Control Devices (OHT4)/ DHT4B |
| Review Panel: | General and Plastic Surgery |

**PREDICATE DEVICE IDENTIFICATION**
The Pre-Formed Silicone Block is substantially equivalent to the following predicates:

| 510(k) Number | Predicate Device Name / Manufacturer | Primary Predicate |
|---|---|---|
| K042380 | Silicone Block / National Medical Devices, Inc.* | ✓ |
| K220760 | Pre-Formed Penile Silicone Block / International Medical Devices, Inc. | |
| K162624 / K181387 | Pre-Formed Penile Silicone Block / International Medical Devices, Inc. | |

* National Medical Devices, Inc. is now International Medical Devices, Inc.

510(k) Summary



**DEVICE DESCRIPTION**
The Pre-Formed Silicone Block is an implant intended to be used in the aesthetic (cosmetic) correction of soft tissue deformities. The Pre-Formed Silicone Block comes in multiple shapes and sizes (cup-shaped in small, medium and large; crescent-shaped, and rectangular block) and one durometer to accommodate a variety of surgical techniques and implantation sites. All implants are made from medical grade silicone and can be trimmed with a knife or scissors. The trimmable feature allows the surgeon to custom fabricate, at surgery, an implantable implant for a specific surgical indication. The implants are provided either sterile or non-sterile. Devices that are provided non-sterile must be sterilized prior to use.

**INDICATIONS FOR USE**
The Pre-Formed Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant to aid in the reconstruction process.

**COMPARISON OF TECHNOLOGICAL CHARACTERISTICS**
The Pre-Formed Silicone Block is similar to the predicate devices based on the information summarized here:

The subject device has similar shapes and dimensions as the primary predicate cleared in K042380. The Pre-Formed Silicone Block is made from the same materials and manufacturing processes as the predicate devices cleared in K220760 and K181387. The main difference is the addition of new carvable shapes of implants in order to offer additional possibilities to surgeons to accommodate a larger variety of surgical techniques and implantation needs. Since the dimensions of the new shapes are not greater than the dimensions of the shapes of the predicate devices cleared in K042380, K220760, K162624, and K181387, they are not considered as new technological characteristics that would raise different questions of safety and effectiveness.

| | Subject Device | Primary Predicate Device | Other Predicates | |
|---|---|---|---|---|
| | International Medical Devices, Inc.<br><br>Pre-Formed Silicone Block | National Medical Devices, Inc.<br><br>Silicone Block<br><br>K042380 | International Medical Devices, Inc.<br><br>Pre-Formed Penile Silicone Block<br><br>K220760 | International Medical Devices, Inc.<br><br>Pre-Formed Penile Silicone Block<br><br>K162624 / K181387 |
| Indications for Use | The Pre-Formed Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant to aid in the reconstruction process. | The Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant to aid in the reconstruction process. | The Pre-Formed Penile Silicone Block is intended for use in augmentation, reconstructive and cosmetic surgery, and is contoured at the surgeon's discretion to create a custom implant. When used in augmentation procedures, the device provides cosmetic augmentation of the penis and is intended for aesthetic purposes | The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant. |
| Product Codes | MIB | MIB | MIB | MIB |
| Regulation Number | 21 CFR 874.3620 | 21 CFR 874.3620 | 21 CFR 874.3620 | 21 CFR 874.3620 |
| Class | Class II | Class II | Class II | Class II |
| Intended Location of Use | Soft tissue deformities | Penis, calf, gluteal, other soft tissue deformities | Penis | Penis |
| Materials | Silicone<br>Sheeting<br>Coating | Silicone<br>Sheeting | Silicone<br>Sheeting<br>Coating (optional) | Silicone<br>Sheeting<br>Coating (optional) |
| Shapes | Cup-shaped<br>Crescent-shaped<br>Block | Curvilinear<br>Oval<br>Block | Curvilinear | Curvilinear |
| Surface | Smooth | Smooth | Smooth | Smooth |
| Carvable? | Yes | Yes | Yes | Yes |
| Provided Sterile? | Provided sterile or non-sterile | Provided sterile or non-sterile | Provided sterile or non-sterile | Provided sterile or non-sterile |



**SUMMARY OF NON-CLINICAL TESTING**
Previous testing (i.e., biocompatibility, sterilization validation, and non-clinical performance testing) was leveraged to support a demonstration of substantial equivalence.

**SUMMARY OF CLINICAL TESTING**
No additional testing was provided in this submission in order to demonstrate substantial equivalence.

**CONCLUSION**
Based on the identical indications for use, identical materials, similar technological characteristics, and identical manufacturing processes, it can be concluded that the subject device does not raise different questions of safety or effectiveness compared to the predicate devices. The Pre-Formed Silicone Block is considered substantially equivalent to the predicate devices.