**xamot@yahoo.com**

| From: | Heath Kellogg <xamot@yahoo.com> |
| Sent: | Monday, January 27, 2025 1:45 PM |
| To: | "DICE" <dice@fda.hhs.gov> |
| Subject: | Re: Support at FDA/DICE Re:Re: Support at FDA/DICE Re:FDA Patient Webform Request - 0125-00701947 - 0125 |

Thank you for your fast response. However, I continue to be unsure of the answer to my question. Allow me to give an example. Maybe this will help:

Model A-1 is approved by the FDA for its intended purpose which does not extend to augmentations. Later the manufacturer gets Model A-2 approved for its intended purpose as well. In fact, the FDA determines the Model A-2 is substantially similar to the predicate Model A-1. However, this time, the FDA also clears Model A-2 for augmentation.

Does this now mean that Model A-1 is now cleared for augmentations as well?

---

**From:** "DICE" <dice@fda.hhs.gov> <dice@fda.hhs.gov>
**Sent:** Monday, January 27, 2025 9:14 AM
**To:** xamot@yahoo.com <xamot@yahoo.com>
**Subject:** Support at FDA/DICE Re:Re: Support at FDA/DICE Re:FDA Patient Webform Request - 0125-00701947 - 0125

1

**xamot@yahoo.com**

| | |
|---|---|
| From: | "DICE" <dice@fda.hhs.gov> <dice@fda.hhs.gov> |
| Sent: | Tuesday, January 28, 2025 4:27 PM |
| To: | xamot@yahoo.com |
| Subject: | Support at FDA/DICE Re:Re: Support at FDA/DICE Re:Re: Support at FDA/DICE Re:FDA Patient Webform Req |



**U.S. FOOD & DRUG ADMINISTRATION**

Dear Heath,

Thank you for contacting the Division of Industry and Consumer Education (DICE) at FDA's Center for Devices and Radiological Health (CDRH) DICE@fda.hhs.gov e-mail account.

In response to your inquiry, to provide further clarification, Model A-1 is not cleared for augmentation if that wasn't in the application as an indication for use. We also encourage you to follow up directly with the manufacturer to obtain further information on their devices as well.

I hope this information is helpful and wish you all the best. Please always consult your Primary Care Physician or Healthcare Provider regarding medical device use. If you have any additional questions, please feel free to email DICE again at DICE@fda.hhs.gov.

Sincerely,
Consumer Team
Division of Industry and Consumer Education
Office of Communication, Information Disclosure, Training and Education
Center for Devices and Radiological Health
U.S. Food and Drug Administration

This communication is consistent with 21 CFR 10.85 (k) and constitutes an informal communication that represents my best judgment at this time but does not constitute an advisory opinion, does not necessarily represent the formal position of FDA, and does not bind or otherwise obligate or commit the agency to the views expressed. This communication is intended for the exclusive use of the recipient(s) named in this correspondence. It may contain information that is protected, privileged, or confidential, and it should not be modified. It may not be disseminated, distributed, reproduced, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think you have received this communication in error.

1