

Jose,

I am in receipt of your letter to me requesting reimbursement of medical expenses. I wish you had called me to discuss this matter, instead of sending a formal demand letter requesting money or else you will file a medical board complaint, as we have always had a good relationship. It would have been much easier for you to simply ask me for my help, I would have happily done my best for you.

The last I spoke to you, you were up in the air as to what you might want to do and we discussed several options including removal of Penuma and removal of capsule (scarring). Revision of Penuma and removal of capsule. And removal of capsule and replacement with new model Penuma. I advised you that since I have not had access to new Penuma implants in several months that some of these I could not offer you, specifically choice 2 and 3 above as I believe that revising the old soft Penuma would result in the exact same issue. I believe we discussed Dr Tajkarimi as the best option, in my opinion, to help you with a replacement and scar removal. Based on your letter I assume you did get in touch with him as I did reach out to him and explain your situation when you and I spoke in early August 2023.

In any event, I want to respond to your letter. Your surgery went well without any complications. On post op day 2 when the drain was removed the implant was perfect. It was not until some time after your surgery that you began experiencing retraction, flaring with a thick base, this was first seen by me in the office October 17, 2022 so 10 weeks post op. Retraction of the penis and scarring clearly occurred in the intervening time period. As we discussed the thick base is due to the base of the implant opening up from the retraction that has occurred. This is a very unfortunate event that we saw with Penuma occasionally. This is a function of the implant itself and the inflammation it can cause, not due to anything I did or did not do during surgery. In April 2023 the new Penuma model was launched dubbed the "Himplant." Fortunately, the new implant has less chance of retraction and flaring due to its stiffer robustness. This is what we discussed when I suggested you go see Dr. Tajkarimi if you wished to have the implant replaced.

Austin Central
1301 W. 38th St.
Suite 200
Austin, Texas 78705
P (512) 477-5905
F (512) 477-8640

Austin South #1
4007 James Casey Street
Suite C-150
Austin, Texas 78745
P (512) 443-5988
F (512) 443-5055

Austin South #2
4207 James Casey Street
Suite 107
Austin, Texas 78745
P (512) 416-0444
F (512) 442-2533

Georgetown
1900 Scenic Drive
Suite 2222
Georgetown, Texas 78626
P (512) 248-2200
F (512) 248-1950

Jollyville
11410 Jollyville Road
Suite 1101
Austin, Texas 78759
P (512) 231-1444
F (512) 231-1470

Kyle
1180 Seton Parkway
Suite 320
Kyle, Texas 78640
P (512) 268-7100
F (512) 268-7200

Lakeway
11614 Bee Caves Road
Suite 150
Austin, Texas 78738
P (512) 263-0300
F (512) 263-0316

Marble Falls
2503 US Highway 281 North
Suite 400
Marble Falls, Texas 78654
P (830) 693-5889
F (830) 693-5801

Round Rock #1
16040 Park Valley Drive
Bldg. A, Suite 111
Round Rock, Texas 78681
P (512) 248-2200
F (512) 248-1950

Round Rock #2
15534 RR 620
Suite 100
Austin, Texas 78717
P (512) 231-1444
F (512) 828-5511

Westlake
5300 Bee Caves Road
Bldg. 1, Suite 100
Westlake Hills, Texas 78745
P (512) 231-1444
F (512) 328-1316

Austin Center for Radiation
Oncology & Corporate Office
1020 West 34th Street
Austin, Texas 78705
P (512) 687-1950
F (512) 687-1490



**Urology**Austin

As you know, prior to your implant, we discussed in detail the risks and potential complications of the surgery and implant.  You signed an extensive 8-page informed consent form dated 7/29/22. It was signed 4 days prior to your procedure to allow you the time to review it in detail and ask any questions you may have.  In our office consultation I quoted you a 7-10 % rate of complication and/or need for revision.  This is the same conversation I had with every Penuma patient that I saw for consultation.  The exact issues that you developed are included in your signed consent as is the statement there would be no refunds regardless of the outcome and that the patient is responsible for revisions as they might be needed.  This was also verbalized in our consultation.

Unfortunately, you developed a complication of the implant, not the surgery.  The newer version of the implant, in my opinion, makes these problems far less likely. My care was appropriate and not the cause of the retraction of the implant.  With that said, I always want my patients to have a good outcome and be happy with the results, that is my only goal for any patient with any procedure.   Therefore, I am willing to reimburse you the $16,000 you paid for the surgery plus the $500 for the traction device, for a total of $16,500.  This is everything you spent in Austin.  $1000 for anesthesia, $8500 to North Austin Surgery Center (which is $2500 for the OR and $6000 for the Penuma) and the $6500 you paid to Urology Austin. In exchange for this amount and before I will issue you a check, you must sign a release and have it notarized.  The release will include, but not limited to, provisions for confidentiality, non-disparagement, and indemnity. Also, you will not file a medical board complaint and represent you have not filed a complaint to date. This is a one time and final offer of reimbursement and settlement.

Please let me know by November 20, 2023, if you are accepting this offer of reimbursement.  If so, we will send you a release to sign and have notarize.  After we receive the signed and notarized release, we will issue you a check.

| Austin Central | Austin South #1 | Austin South #2 | Georgetown | Jollyville | |
|---|---|---|---|---|---|
| 1301 W. 38th St. | 4007 James Casey Street | 4207 James Casey Street | 1900 Scenic Drive | 11410 Jollyville Road | |
| Suite 200 | Suite C-150 | Suite 107 | Suite 2222 | Suite 1101 | |
| Austin, Texas 78705 | Austin, Texas 78745 | Austin, Texas 78745 | Georgetown, Texas 78626 | Austin, Texas 78759 | |
| P (512) 477-5905 | P (512) 443-5988 | P (512) 416-0444 | P (512) 248-2200 | P (512) 231-1444 | |
| F (512) 477-8640 | F (512) 443-5055 | F (512) 442-2533 | F (512) 248-1950 | F (512) 231-1470 | |

| Kyle | Lakeway | Marble Falls | Round Rock #1 | Round Rock #2 | Westlake | Austin Center for Radiation |
|---|---|---|---|---|---|---|
| 1180 Seton Parkway | 11614 Bee Caves Road | 2503 US Highway 281 North | 16040 Park Valley Drive | 15534 RR 620 | 5300 Bee Caves Road | Oncology & Corporate Office |
| Suite 320 | Suite 150 | Suite 400 | Bldg. A, Suite 111 | Suite 100 | Bldg. 1, Suite 100 | 1020 West 34th Street |
| Kyle, Texas 78640 | Austin, Texas 78738 | Marble Falls, Texas 78654 | Round Rock, Texas 78681 | Austin, Texas 78717 | Westlake Hills, Texas 78745 | Austin, Texas 78705 |
| P (512) 268-7100 | P (512) 263-0300 | P (830) 693-5889 | P (512) 248-2200 | P (512) 231-1444 | P (512) 231-1444 | P (512) 687-1950 |
| F (512) 268-7200 | F (512) 263-0316 | F (830) 693-5801 | F (512) 248-1950 | F (512) 828-5511 | F (512) 328-1316 | F (512) 687-1490 |