Kansas Email                | 1

---

**xamot@yahoo.com**

**From:**        J.M. Gonzalez <unimark.521814@gmail.com>
**Sent:**         Tuesday, August 8, 2023 4:26 PM
**To:**           xamot@yahoo.com
**Subject:**     Fwd: Follow up postop

---------- Forwarded message ---------
From: **Bryan Kansas** <Bryan.Kansas@urologyaustin.com>
Date: Tue, Aug 8, 2023 at 12:19 PM
Subject: Re: Follow up postop
To: J.M. Gonzalez <unimark.521814@gmail.com>

👍 👍

Sent from my iPhone

> On Aug 8, 2023, at 11:40 AM, J.M. Gonzalez <unimark.521814@gmail.com> wrote:
>
> > **CAUTION:** This message was sent from an external source. **Take Caution** when opening attachments and links.
>
> Thanks, I'll let you know.
>
> On Tue, Aug 8, 2023 at 9:50 AM Bryan Kansas <Bryan.Kansas@urologyaustin.com> wrote:
> I sent that testosterone cream for u. Revive pharmacy will contact u
>
> Just let me know what u would like to do. If it requires seeing someone else I can help u fix that up and make good choice for u as far as skill set and location etc
>
> Bryan
>
> Sent from my iPhone
>
> > On Aug 7, 2023, at 7:07 PM, J.M. Gonzalez <unimark.521814@gmail.com> wrote:
> >
> > > **CAUTION:** This message was sent from an external source. **Take Caution** when opening attachments and links.

1

WOW!! Sorry to hear that Bryan .

I am going to need some time to think about this. am I going to have to start look for a new Doctor? As for the pharmacy's could you please do that for me thanks..

On Mon, Aug 7, 2023 at 12:24 PM Bryan Kansas <Bryan.Kansas@urologyaustin.com> wrote:
Hey I can order that testosterone cream for u. A pharmacy named revive located in Houston will contact u and ship it to u

Put a little water on fingertips and rub into the scrotum daily

As far as the penuma goes. First of all I stopped doing penuma. I did well over 200 but the 3-5% that had imperfect results drove me to no longer want to do them

Several options exist for your situation. U have what we call a cone defect. The base of the implant is not closed around the base of the penis and since it's open some at the base u have what appears to b a very thick base of penis

Option 1. Remove the implant and all the scarring/capsule created by the implant that exists. 80-85% of the time the patient would b back to pre penuma length (again your stretched length pre op was 9 cm) but there would b more girth than pre op. That 15-20% though might require a second procedure to further remove scar

Option 2 revise the implant by removing all capsule and scar and then re seat the implant in proper position around the penis to be rid of the cone defect. Success rate w this is 60%-70% (might need new implant intra op, 30% chance of that)

Option 3. Remove the old implant/scar and place the newer upgraded penuma which is firmer and resists coning and flares

The deal w option 2 and 3 is I no longer have access to implants. So I would not b able to do either of those options for u at this point since I'm out of penuma, they will no longer ship implants to me

Bryan

Sent from my iPhone

On Aug 6, 2023, at 6:33 PM, J.M. Gonzalez <unimark.521814@gmail.com> wrote:

2

**CAUTION:** This message was sent from an external source. **Take Caution** when opening attachments and links.

Good afternoon Dr. Kansas I'm reaching my one year postop I still have not heard anything about the pictures that I sent you of my condition. In addition, I'm also almost out of the testosterone injection. I was thinking about starting the cream on the scrotums. If you need to reach out to me and Mike, call Mike number is 956-608-1811 thank you until then. Have a great day.