UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TEXAS**

JOSE M. GONZALEZ,

    *Plaintiff,*

    v.                                                          Case No.: **1:24-cv-00982-DAE**

INTERNATIONAL MEDICAL DEVICES, INC., et al.,

    *Defendants.*

### CERTIFICATION OF AUTHENTICITY FOR EMAILS

## I. Certification of Authenticity

I, Jose Gonzalez, declare under penalty of perjury that the attached emails Exhibits: A through D are accurate, unaltered copies of emails I personally received in the normal course of business from Dr. Elist's office in Beverly Hills, California and Dr. Kansas in Austin, Texas. I received these emails at the dates and times indicated within each email, and they reflect the content as it appeared at the time of receipt. These emails have not been modified or edited in any way.

## II. Argument for Admissibility

The emails should be admissible as business records under Federal Rule of Evidence 803(6), which provides an exception to the hearsay rule for records of a regularly conducted activity, such as emails received in the ordinary course of business. Courts routinely admit emails and other forms of electronic communication as business records when they meet the requirements of Rule 803(6). For example, in *United States v. Newmann*, 938 F.3d 127 (5th Cir. 2019), the court allowed the admission of emails as business records because they were generated and maintained in the regular course of business. Similarly, *Cunningham v. Cisco Systems, Inc.*, 537 F.3d 624 (5th Cir. 2008),

upheld the admission of emails as business records, finding they were kept in the ordinary course of business and were therefore reliable.

Additionally, these emails are self-authenticating under Federal Rule of Evidence 902(11), which allows business records to be authenticated by a certification that complies with the requirements of Rule 803(6).

Therefore, the attached emails should be admitted into evidence as authentic business records.

Respectfully submitted,

Jose M. Gonzalez

Sworn to and subscribed before me on this the 13 day of March, 2025.

Notary Public in and for the State of Texas

My Commission Expires: 08-23-2026

ADILIA VASQUEZ
Notary Public, State of Texas
Comm. Expires 08-23-2026
Notary ID 133923568



**<u>December 15, 2016, email from Zack at drelist.com</u>**

 Gmail

J.M. Gonzalez <gong63891@gmail.com>

---

### Dr. James Elist Follow Up #2

**Dr Elist Office** <office@drelist.com>
To: "gong63891@gmail.com" <gong63891@gmail.com>

Thu, Dec 15, 2016 at 1:52 PM

Hello,

I hope all is well!

We haven't heard back from you since sending our initial email with some information regarding our surgery?

Are you still interested in our patented Penile or Testicular Implant surgeries? If so, please email me back and let me know!

Should you like more information or to see if you pre-qualify for surgery simply respond to this email and we will try and contact you.

If I don't hear back from you, we will stop contacting you and will remove all information you have provided us.

Please visit our website and like us on Facebook.

Thanks,

Zack
Male Enhancement Consultant
--
310-652-2600
SURGEON4MEN.COM
--
For JAMES J. ELIST, M.D., F.A.C.S.
DIPLOMATE, AMERICAN BOARD OF UROLOGY

CONFIDENTIALITY NOTICE

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this electronic message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone, and destroy the original transmission and its attachments. No communication in this  E mail shall be binding,or contractual in nature.

---

ex. B

**February 28, 2022, email from Ray at drelist.com**

 Gmail                                   J.M. Gonzalez <gong63891@gmail.com>

**Penuma Procedure in Austin with Dr. Kansas**

Ray Penuma Consultant <ray@penuma.com>                    Mon, Feb 28, 2022 at 1:07 PM
Reply-To: Ray Penuma Consultant <ray@penuma.com>
To: gong63891@gmail.com



# P E N U M A®
## IMPLANT FOR MEN

Hi Jose,

Thanks for expressing interest in Penuma! My name is Ray, and I'll be your Penuma Consultant with Dr. Bryan Kansas's office in Austin, Texas.

**This email is to let you know we've received your eligibility form and will be reaching out to you within 3 business days.**

Read on to find more information about the procedure, including common questions, before and after photos, and pricing.



WATCH ANIMATED VIDEO OF PROCEDURE



**February 28, 2022, email from Ray at drelist.com continued**

Got questions for us? Here are some FAQS:

**How much does it cost?**

The procedure costs $16,000.

**What results can I expect from the procedure?**

Previous patients have historically seen an average increase of **1" to 2"** of added length and girth to the flaccid penis, and around **1" to 2"** of added girth to the erect penis. Erect length increases, if any, are variable and may take 12 months or longer to appear depending on your individual anatomy and physiology. Individual results may vary.*

**Will my insurance cover the procedure?**

Unfortunately, as this is an elective procedure, insurance will not assist with payment.

**What financing options are available?**

Financing is available through LightStream and CareCredit.

**How is the Penuma implant size determined?**

Your physician will select the largest implant you can safely receive, considering your anatomy, health, and aesthetic details. Size determination is based on several factors, including but not limited to health and flexibility of the skin, initial measurements of the penis, and more.

**Is Penuma legit?**

Yes! Don't take our word for it, though; scroll down to see what the press and our patients have to say, take a look at the before and after photos to view the results, read the peer-reviewed report from *The Journal of Sexual Medicine*, and learn more about the procedure and your selected surgeon.

*Please note that these figures are averages based on thousands of past patients and are in no way a guarantee or warranty of results. A complete list of possible risks, complications, and alternatives, including foregoing treatment, will be discussed in detail between you and the physician in advance of the procedure.

Penuma® In the Press





**February 28, 2022, email from Ray at drelist.com continued**

**COSMOPOLITAN**    **BuzzFeed**    **NEW YORK POST**

**JEZEBEL**    **brobible**    **Women'sHealth**

→ Patient Testimonials ←

→ Before & After Photos ←

→ Penuma Clinical Report ←



**Meet Your Surgeon**

Dr. Kansas specializes in the diagnosis and treatment of erectile dysfunction in men. In the course of his practice, Dr. Kansas has distinguished himself as a leader in penile implant surgery for erectile dysfunction – having implanted over 900 penile prostheses since beginning his medical practice... See More

**Bryan Kansas M.D.**

If you have any questions, would like more information, or would like to talk in person, please feel free to contact me at (512) 305-1065.

Look forward to chatting soon!

Regards,

Ray

   

Unsubscribe

CONFIDENTIALITY NOTICE

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510–2521 and is legally privileged. This information is confidential and is intended only for the use of the individual or entity named above. If the reader



## April 14, 2022, email from Dr. Kansas Office

 Gmail

J.M. Gonzalez <gong63891@gmail.com>

**CONSULT INFORMATION**
1 message

**Amanda Gilliam** <Amanda.Gilliam@urologyaustin.com>          Thu, Apr 14, 2022 at 2:57 PM
To: "Gong63891@gmail.com" <Gong63891@gmail.com>

JOSE GONZALEZ

DOB: 02/03/1973

Patient ID: 1108515

Upcoming Appointments

Date    Time    Appointment    Dept./Address  Phone

05/19/2022    04:20 PM        Penuma DR KANSAS WILL CALL

BRYAN T. KANSAS, MD  Urology Austin, PLLC

11410 Jollyville Road Suite 1101

AUSTIN, TX 78759-4093.

(512) 231-1444

No Copay for consult

Amanda Gilliam

Surgery Scheduler/Medical Records | Urology Austin, PLLC

15534 RR 620 ste 100

Austin Tx 78717

(o) 512-410-3851 (f) 512-828-5511  |  (e) amanda.gilliam@urologyaustin.com



**Urology**Austin

**An affiliate of Urology America**
*What World-Class Urology Looks Like*



**August 7, 2023, email from Dr. Kansas Office**

 J.M. Gonzalez <unimark.521814@gmail.com>

___

**Follow up postop**

___

**Bryan Kansas** <Bryan.Kansas@urologyaustin.com>                    Tue, Aug 8, 2023 at 10:49 AM
To: "J.M. Gonzalez" <unimark.521814@gmail.com>

I sent that testosterone cream for u. Revive pharmacy will contact u

Just let me know what u would like to do. If it requires seeing someone else I can help u fix that up and make good choice for u as far as skill set and location etc

Bryan

Sent from my iPhone

> On Aug 7, 2023, at 7:07 PM, J.M. Gonzalez <unimark.521814@gmail.com> wrote:
>
> **CAUTION:** This message was sent from an external source. **Take Caution** when opening attachments and links.
>
> WOW!! Sorry to hear that Bryan .
>
> I am going to need  some time to think about this. am  I going to have to start look for a new Doctor? As for the pharmacy's could you please do that for me  thanks..
>
> On Mon, Aug 7, 2023 at 12:24 PM Bryan Kansas <Bryan.Kansas@urologyaustin.com> wrote:
>> Hey I can order that testosterone cream for u. A pharmacy named revive located in Houston will contact u and ship it to u
>>
>> Put a little water on fingertips and rub into the scrotum daily
>>
>> As far as the penuma goes. First of all I stopped doing penuma. I did well over 200 but the 3-5% that had imperfect results drove me to no longer want to do them
>>
>> Several options exist for your situation. U have what we call a cone defect. The base of the implant is not closed around the base of the penis and since it's open some at the base u have what appears to b a very thick base of penis
>>
>> Option 1. Remove the implant and all the scarring/capsule created by the implant that exists. 80-85% of the time the patient would b back to pre penuma length (again your stretched length pre op was 9 cm) but there would b more girth than pre op. That 15-20% though might require a second procedure to further remove scar
>>
>> Option 2 revise the implant by removing all capsule and scar and then re seat the implant in proper position around the penis to be rid of the cone defect. Success rate w this is 60%-70% (might need new implant intra op, 30% chance of that)
>>
>> Option 3. Remove the old implant/scar and place the newer upgraded penuma which is firmer and resists coning and flares
>>
>> The deal w option 2 and 3 is I no longer have access to implants. So I would not b able to do either of those options for u at this point since I'm out of penuma, they will no longer ship implants to me
>>
>> Bryan
>>
>> Sent from my iPhone

___

**November 10, 2023, email from Dr. Kansas**

 Gmail                                    J.M. Gonzalez <gong63891@gmail.com>

**Response to your letter**

**Bryan Kansas** <bryankansas@yahoo.com>                    Fri, Nov 10, 2023 at 8:26 PM
To: "gong63891@gmail.com" <gong63891@gmail.com>

Jose,

Please see the attached letter for response discussion etc.  Let me know your thoughts.

THX

Bryan T. Kansas, MD

📄 **JG Letter.pdf**
189K

# Please See the Attachment included in this email
# on the Next 2 Pages!



**November 10, 2023, email from Dr. Kansas continued**



Jose,

I am in receipt of your letter to me requesting reimbursement of medical expenses. I wish you had called me to discuss this matter, instead of sending a formal demand letter requesting money or else you will file a medical board complaint, as we have always had a good relationship. It would have been much easier for you to simply ask me for my help, I would have happily done my best for you.

The last I spoke to you, you were up in the air as to what you might want to do and we discussed several options including removal of Penuma and removal of capsule (scarring). Revision of Penuma and removal of capsule. And removal of capsule and replacement with new model Penuma. I advised you that since I have not had access to new Penuma implants in several months that some of these I could not offer you, specifically choice 2 and 3 above as I believe that revising the old soft Penuma would result in the exact same issue. I believe we discussed Dr Tajkarimi as the best option, in my opinion, to help you with a replacement and scar removal. Based on your letter I assume you did get in touch with him as I did reach out to him and explain your situation when you and I spoke in early August 2023.

In any event, I want to respond to your letter. Your surgery went well without any complications. On post op day 2 when the drain was removed the implant was perfect. It was not until some time after your surgery that you began experiencing retraction, flaring with a thick base, this was first seen by me in the office October 17, 2022 so 10 weeks post op. Retraction of the penis and scarring clearly occurred in the intervening time period. As we discussed the thick base is due to the base of the implant opening up from the retraction that has occurred. This is a very unfortunate event that we saw with Penuma occasionally. This is a function of the implant itself and the inflammation it can cause, not due to anything I did or did not do during surgery. In April 2023 the new Penuma model was launched dubbed the "Himplant." Fortunately, the new implant has less chance of retraction and flaring due to its stiffer robustness. This is what we discussed when I suggested you go see Dr. Tajkarimi if you wished to have the implant replaced.

| Austin Central | Austin South #1 | Austin South #2 | Georgetown | Jollyville |
| --- | --- | --- | --- | --- |
| 1301 W. 38th St. | 4007 James Casey Street | 4207 James Casey Street | 1900 Scenic Drive | 11410 Jollyville Road |
| Suite 200 | Suite C-150 | Suite 107 | Suite 2222 | Suite 1101 |
| Austin, Texas 78705 | Austin, Texas 78745 | Austin, Texas 78745 | Georgetown, Texas 78626 | Austin, Texas 78759 |
| P (512) 477-5905 | P (512) 443-9388 | P (512) 416-0444 | P (512) 248-2200 | P (512) 231-1444 |
| F (512) 477-8640 | F (512) 443-9055 | F (512) 442-2533 | F (512) 248-1950 | F (512) 231-1470 |

| Kyle | Lakeway | Marble Falls | Round Rock #1 | Round Rock #2 | Westlake | Austin Center for Radiation |
| --- | --- | --- | --- | --- | --- | --- |
| 1180 Seton Parkway | 11614 Bee Caves Road | 2903 US Highway 281 North | 16040 Park Valley Drive | 15534 RR 620 | 5300 Bee Caves Road | Oncology & Corporate Office |
| Suite 320 | Suite 150 | Suite 400 | Bldg. A, Suite 111 | Suite 100 | Bldg. 1, Suite 100 | 1020 West 34th Street |
| Kyle, Texas 78640 | Austin, Texas 78738 | Marble Falls, Texas 78654 | Round Rock, Texas 78681 | Austin, Texas 78717 | Westlake Hills, Texas 78745 | Austin, Texas 78705 |
| P (512) 268-7100 | P (512) 263-0300 | P (830) 693-5889 | P (512) 248-2200 | P (512) 231-1444 | P (512) 231-1444 | P (512) 687-1950 |
| F (512) 268-7200 | F (512) 263-0316 | F (830) 693-5801 | F (512) 248-1950 | F (512) 828-5511 | F (512) 328-1316 | F (512) 687-1490 |



**<u>November 10, 2023, email from Dr. Kansas continued</u>**



As you know, prior to your implant, we discussed in detail the risks and potential complications of the surgery and implant.  You signed an extensive 8-page informed consent form dated 7/29/22. It was signed 4 days prior to your procedure to allow you the time to review it in detail and ask any questions you may have.  In our office consultation I quoted you a 7-10 % rate of complication and/or need for revision.  This is the same conversation I had with every Penuma patient that I saw for consultation.  The exact issues that you developed are included in your signed consent as is the statement there would be no refunds regardless of the outcome and that the patient is responsible for revisions as they might be needed.  This was also verbalized in our consultation.

Unfortunately, you developed a complication of the implant, not the surgery.  The newer version of the implant, in my opinion, makes these problems far less likely. My care was appropriate and not the cause of the retraction of the implant.  With that said, I always want my patients to have a good outcome and be happy with the results, that is my only goal for any patient with any procedure.   Therefore, I am willing to reimburse you the $16,000 you paid for the surgery plus the $500 for the traction device, for a total of $16,500.  This is everything you spent in Austin.  $1000 for anesthesia, $8500 to North Austin Surgery Center (which is $2500 for the OR and $6000 for the Penuma) and the $6500 you paid to Urology Austin. In exchange for this amount and before I will issue you a check, you must sign a release and have it notarized.  The release will include, but not limited to, provisions for confidentiality, non-disparagement, and indemnity. Also, you will not file a medical board complaint and represent you have not filed a complaint to date. This is a one time and final offer of reimbursement and settlement.

Please let me know by November 20, 2023, if you are accepting this offer of reimbursement.  If so, we will send you a release to sign and have notarize.  After we receive the signed and notarized release, we will issue you a check.

| | Austin Central | Austin South #1 | Austin South #2 | Georgetown | Jollyville | |
|---|---|---|---|---|---|---|
| | 1301 W. 38th St. | 4007 James Casey Street | 4207 James Casey Street | 1900 Scenic Drive | 11410 Jollyville Road | |
| | Suite 200 | Suite C-150 | Suite 107 | Suite 2222 | Suite 1101 | |
| | Austin, Texas 78705 | Austin, Texas 78745 | Austin, Texas 78745 | Georgetown, Texas 78626 | Austin, Texas 78759 | |
| | P (512) 477-5905 | P (512) 443-9388 | P (512) 416-0444 | P (512) 248-2200 | P (512) 231-1444 | |
| | F (512) 477-8640 | F (512) 443-5055 | F (512) 442-2533 | F (512) 248-1950 | F (512) 231-1470 | |

| Kyle | Lakeway | Marble Falls | Round Rock #1 | Round Rock #2 | Westlake | Austin Center for Radiation |
|---|---|---|---|---|---|---|
| 1180 Seton Parkway | 11614 Bee Caves Road | 2503 US Highway 281 North | 16040 Park Valley Drive | 15534 RR 620 | 5300 Bee Caves Road | Oncology & Corporate Office |
| Suite 320 | Suite 150 | Suite 400 | Bldg. A, Suite 111 | Suite 100 | Bldg. 1, Suite 100 | 1020 West 34th Street |
| Kyle, Texas 78640 | Austin, Texas 78738 | Marble Falls, Texas 78654 | Round Rock, Texas 78681 | Austin, Texas 78717 | Westlake Hills, Texas 78745 | Austin, Texas 78705 |
| P (512) 268-7100 | P (512) 263-0300 | P (830) 660-5889 | P (512) 248-2200 | P (512) 231-1444 | P (512) 231-1444 | P (512) 687-1950 |
| F (512) 268-7200 | F (512) 263-0316 | F (830) 693-5801 | F (512) 248-1950 | F (512) 828-9511 | F (512) 328-1316 | F (512) 687-1490 |

**November 18, 2024, email from Dr. Elist**



 Gmail                                   J.M. Gonzalez <gong63891@gmail.com>

**Appointment Confirmed with James Elist on November 18th at 10:00 AM PST**
1 message

**James Elist** <noreply@tebra.com>                    Mon, Nov 18, 2024 at 12:58 PM
Reply-To: noreply@tebra.com
To: Gong63891@gmail.com



## Your appointment has been scheduled.

Hi Jose,

Your appointment has been scheduled:

**Mon, November 18th** at **10:00 AM PST**
with **James Elist**

JAMES J. ELIST M.D.
8500 Wilshire Blvd, 707, Beverly Hills, CA 90211-3105

If you need to re-schedule, please contact us at (310) 652-2600, or send us a message. We look
forward to seeing you soon.

Sincerely,
James Elist

powered by ☘ tebra

You are receiving this e-mail because you are a valued patient at JAMES J. ELIST M.D.. If you no longer wish to
receive important notifications from us, you can safely unsubscribe. This is a notification-only address that
cannot accept incoming messages.

ex. F

**November 18, 2024, email from Dr. Elist continued**

 Gmail                                                J.M. Gonzalez <gong63891@gmail.com>

**Virtual Consultation With Dr. Elist**
2 messages

Front Office <frontoffice@drelist.com>                           Mon, Nov 18, 2024 at 12:37 PM
To: Jose Gonzalez <Gong63891@gmail.com>



Dear Jose,

## Thank you for scheduling a consultation with us!

### Here is your appointment information:

**Appointment Date and Time**: Monday, 11/18/24 at 10:00 am PST

**Zoom Link:** https://us04web.zoom.us/j/3524731059?pwd=
imkWV8SdHaMQ3QVE6AJYDK71sAgGme.1

**Meeting ID:** 352 473 1059

**Passcode:** UN0zbn

If you need to reschedule please make sure to let us know.

---

As part of our commitment to providing the highest standards of care, we wish to inform you of the following notice:

Notice of Volume of Surgical Procedures:

In order to enable Dr. James Elist to be personally available to address the needs of all patients, he has agreed with the Medical Board of California to perform no more than 10 surgical procedures per week, except in the case of bona fide emergencies. Patient acknowledges and accepts that this limitation, which is in place to ensure the highest standards of care and personal attention are delivered to each patient despite Dr. Elist's busy teaching and training schedule, may impact the availability of non-urgent medical appointments with Dr. Elist, including for elective or revisional surgeries.

We look forward to seeing you at your consultation. If you have any questions or need to reschedule, please do not hesitate to contact us.



**November 18, 2024, email from Dr. Elist continued**

Best regards,
Dr. Elist Team

CONFIDENTIALITY NOTICE

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C, 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this electronic message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone, and destroy the original transmission and its attachments.

Unsubscribe

---

**Maria** <frontoffice@drelist.com>                                    Mon, Nov 18, 2024 at 1:15 PM
To: Jose Gonzalez <Gong63891@gmail.com>

========== Forwarded message ==========
From:frontoffice@drelist.com
Date: 2024-11-18T09:37:12-08:00
Subject: Virtual Consultation With Dr. Elist

To:Jose Gonzalez<Gong63891@gmail.com>
[Quoted text hidden]

Secured by Paubox - HITRUST certified

## CERTIFICATE OF SERVICE

I, Jose M. Gonzalez, Plaintiff pro se, do hereby certify that on the 13th Day of March 2025, a true and correct copy of the foregoing and all attachments thereto were filed with the Clerk using the ECF system which will give notice of the filing to all counsel of record.

DATE: 03/13/2025

/s/  Jose M. Gonzalez, Pro Se

1215 Hidalgo Street #205

Laredo, TX 78040

(956) 608-1811

middlemanadvert@gmail.com