**Jose M. Gonzalez, Pro Se**
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **JOSE M. GONZALEZ,**<br><br>   Plaintiff,<br><br>vs.<br><br>**INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST,**<br><br>   Defendants. | Case No.:     1:24-cv-00982-DAE<br><br>**PLAINTIFF'S MOTION FOR STATUS CONFERENCE, JUDICIAL NOTICE OF RELATED ACTION, AND REQUEST FOR LIMITED DISCOVERY** |

Plaintiff Jose M. Gonzalez respectfully moves this Court for the scheduling of a status conference pursuant to Fed. R. Civ. P. 16 and the Court's inherent case management authority. Plaintiff also requests that the Court take judicial notice of a related federal proceeding, *International Medical Devices, Inc., et al. v. Admiral Insurance Company*, Case No. 2:24-cv-01915-PA (C.D. Cal.), which was voluntarily dismissed on September 17, 2024, after Defendants sought insurance coverage for claims that mirror those in the instant action. Plaintiff further seeks the opportunity for narrowly tailored discovery to clarify issues related to Defendants' financial structure and coverage communications.

## I. BASIS FOR RELIEF

1. This Court has not ruled on Defendants' pending Motion to Dismiss Plaintiff's Amended Complaint [Dkt. 24], which was fully briefed as of March 13, 2025. The case has not advanced procedurally since that date.

2. Plaintiff filed this case in good faith on August 22, 2024, [DKT. 1] and has actively participated in all required proceedings. At present, no Rule 16 conference has been held, and no discovery schedule has been entered.

3. In parallel, Defendants had been engaged in federal litigation in the Central District of California seeking a declaratory judgment that their insurer (Admiral Insurance Company) owed them a defense and indemnification for several lawsuits, including class action and individual claims related to the Penuma implant.

4. That California case—*Int'l Med. Devices, Inc. v. Admiral Ins. Co.*, No. 2:24-cv-01915—was dismissed on September 17, 2024, pursuant to a joint stipulation following the court's Order to Show Cause regarding indefinite delay. A true and correct copy of the dismissal order is attached as Exhibit A.

5. The closure of that parallel proceeding removes any arguable justification for a delay in ruling on dispositive motions or for limiting discovery in this action. The issues presented in the insurance dispute—including the scope of marketing-related injury claims—are central to the present case and no longer subject to judicial resolution elsewhere.

## II. REQUEST FOR JUDICIAL NOTICE

6. Pursuant to Federal Rule of Evidence 201(b), Plaintiff respectfully requests that the Court take judicial notice of the public docket and dismissal order in *Int'l Med. Devices, Inc. v.*

*Admiral Ins. Co.*, No. 2:24-cv-01915 (C.D. Cal.). These records are matters of public record and directly relevant to the timing and posture of the instant case.

### III.   REQUEST FOR LIMITED DISCOVERY

7. Plaintiff requests leave to issue a limited set of discovery requests in advance of full scheduling. Specifically:

   a. Requests for Production regarding Defendants' insurance policies and communications with Admiral and James River Insurance regarding this lawsuit or similar claims;

   b. Interrogatories related to the corporate structure of Defendants and any transfer of assets or intellectual property relevant to successor liability;

   c. Identification of any third-party payors, indemnitors, or related entities involved in claims resolution for the Penuma implant.

8. These requests are proportional to the needs of the case and are necessary to avoid undue delay in discovery should the Court deny or partially deny the motion to dismiss.

### IV. CONCLUSION

WHEREFORE, Plaintiff respectfully requests:

1. That the Court schedule a Rule 16 status conference at its earliest convenience;
2. That the Court take judicial notice of the dismissal of *Int'l Med. Devices, Inc. v. Admiral Ins. Co.*, No. 2:24-cv-01915;
3. That Plaintiff be granted leave to initiate limited discovery as described herein.

Respectfully submitted,

**Dated this 19th day of June 2025.**

_____

**Jose M. Gonzalez, Pro Se**
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com

## CERTIFICATE OF SERVICE

I, Jose M. Gonzalez, Plaintiff pro se, do hereby certify that on the 19th Day of August 2024, a true and correct copy of the foregoing: PLAINTIFF'S MOTION FOR STATUS CONFERENCE, JUDICIAL NOTICE OF RELATED ACTION, AND REQUEST FOR LIMITED DISCOVERY was sent to opposing counsel via CM/ECF and a courtesy copy provided via email:

### Defendants:

**International Medical Devices, Inc. ("IMD")** is a California corporation located at 717 N. Maple Drive, Beverly Hills, CA 90210, in Los Angeles County. Registered agent, Jonathan Elist, at the same address.

**James J. Elist, M.D.**, a Medical Corporation, is a California corporation headquartered at 8500 Wilshire Blvd., Suite 707, Beverly Hills, CA 90211. Registered agent, James J. Elist, at the same address.

**Menova International, Inc., ("Menova")** is a California corporation located at 8500 Wilshire Blvd., Suite 707, Beverly Hills, CA 90211, in Los Angeles County. Registered agent, James Elist, at the same address.

**Dr. James Elist** is an individual residing in Beverly Hills, California.
Dr. Elist; 8500 Wilshire Blvd., Suite 707, Beverly Hills, CA 90211

**DATE: 06/19/2025**

/s/   Jose M. Gonzalez, Pro Se
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com