UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § | No. 1:24-cv-982-DAE |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| INTERNATIONAL MEDICAL | § | |
| DEVICES, INC., ET AL., | § | |
| *Defendants*. | § | |

ORDER TO SUBMIT JOINT SCHEDULING RECOMMENDATIONS

Before the Court is Plaintiff Jose M. Gonzalez's ("Plaintiff") Motion for Status Conference, Judicial Notice of Related Action, and Request for Limited Discovery, filed on June 19, 2025.  (Dkt. # 29.)  To date, Defendants have not filed a response to the Motion.

Plaintiff filed the instant Motion one day prior to this Court's Order denying Defendants' Motion to Dismiss.  (Dkt. # 30.)  In the Motion for Status Conference, Plaintiff requests that (1) the Court schedule a Rule 16 status conference at its earliest convenience; (2) the Court take judicial notice of the dismissal of Int'l Med. Devices, Inc. v. Admiral Ins. Co., No. 2:24-cv-01915; and (3) Plaintiff be granted leave to initiate limited discovery.  In the Motion, Plaintiff did not include a Certificate of Conference as required by Local Rule 7(g), which requires the movant to advise the Court within the body of the motion that counsel

1

for the parties have conferred in a good-faith attempt to resolve the matter by agreement.  W.D. Tex. Civ. R. 7(g).

The Local Rules also require parties to submit a <u>joint</u> "proposed scheduling order to the Court," after conferring with one another.  W.D. Tex. Civ. R. 16(c).  The rule further states that "[t]he parties shall endeavor to agree concerning the contents of the proposed order, but in the event they are unable to do so, each party's position and the reasons for the disagreement shall be included in the proposed schedule submitted to the court."  <u>Id.</u>

In light of the Court's recent ruling on the Motion to Dismiss, the Court finds the case is ready to proceed with scheduling.  In lieu of a status conference, the parties are **ORDERED** to confer and file with the Court a single document containing proposed scheduling recommendations **no later than July 24, 2025**.  In the event the parties are unable to agree on the contents of the proposed scheduling recommendations, any disagreements should be handled in accordance with Local Rule 16(c).

Therefore, the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff Jose M. Gonzalez's ("Plaintiff") Motion for Status Conference, Judicial Notice of Related Action, and Request for Limited Discovery.  (Dkt. # 29.)  The Court shall take judicial notice of the dismissal order included therein Plaintiff's motion.  Plaintiff's requests for a Rule 16 conference and to conduct limited

2

discovery are denied without prejudice to allow the Parties to resolve those issues while conferring to submit their joint proposed scheduling recommendations.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, July 3, 2025.

_____
David Alan Ezra
Senior United States District Judge