**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

JOSE M. GONZALEZ,
      Plaintiff,

v.                                                                                         Case No. **1:24-cv-00982-DAE**

INTERNATIONAL MEDICAL DEVICES, INC., et al.,
      Defendants.

### PLAINTIFF'S MOTION TO STRIKE SELECT AFFIRMATIVE DEFENSES

Plaintiff Jose M. Gonzalez respectfully moves the Court to strike Defendants' Eleventh, Twelfth, and Twentieth Affirmative Defenses from their Answer [Dkt. 32] under Rule 12(f) of the Federal Rules of Civil Procedure.

These defenses are immaterial, insufficient as a matter of law, and do not provide the notice required by Rule 8(c). A motion to strike is appropriate where a defense (1) lacks legal merit, (2) is pled without supporting facts, or (3) confuses the issues and prejudices the opposing party. *See Kaiser Aluminum & Chem. Sales, Inc. v. Avondale Shipyards, Inc.*, 677 F.2d 1045, 1057 (5th Cir. 1982).

Plaintiff does not concede the legal sufficiency of the remaining affirmative defenses and reserves the right to challenge them during discovery or at the summary judgment stage, as appropriate.

### I.      DEFENSE NO. 11: SETOFF

Defendants assert a right to "setoff" despite having alleged no payments, credits, or reimbursements from any party to Plaintiff. No Defendant has issued a refund or settlement to Plaintiff, and any refund from a non-party physician would not constitute a legal offset applicable to these Defendants under Texas law or federal pleading standards. Absent any

allegation that Defendants themselves made a payment giving rise to equitable offset, this defense is conclusory and prejudicial.

## II.    DEFENSE NO. 12: SPOLIATION

Defendants assert that Plaintiff has "failed to preserve necessary evidence" without any factual basis or identification of missing evidence. Courts routinely strike spoliation defenses when unsupported by specific allegations. *See Flanagan v. Wyndham Int'l Inc.*, 231 F.R.D. 98, 102 (D.D.C. 2005). This assertion invites undue burden and distraction in discovery without legal merit.

## III.    DEFENSE NO. 20: RESERVATION OF RIGHTS / CATCH-ALL

Defendants' final defense states that "Defendants reserve the right to assert other defenses not currently known." Such boilerplate language has been rejected by federal courts as inconsistent with Rule 8(c)'s notice requirement. *See Woodfield v. Bowman*, 193 F.3d 354, 362 (5th Cir. 1999) ("The purpose of requiring the pleading of affirmative defenses is to give notice…"). This clause serves no legal function and should be stricken.

CONCLUSION

These defenses lack factual basis, legal sufficiency, or both. Their continued presence would unduly expand the scope of discovery and burden the parties and the Court. Plaintiff respectfully requests that the Court strike Affirmative Defenses No. 11, 12, and 20 from the record. Notably, Plaintiff remains physically burdened by the subject device while Defendants continue to assert blanket defenses rather than engage with the central issues now properly before the Court. Respectfully submitted,

/s/ Jose M. Gonzalez
Pro Se Plaintiff
1215 Hidalgo Street, Suite 205
Laredo, TX 78040

## <u>CERTIFICATE OF SERVICE</u>

    I, Jose M. Gonzalez, Plaintiff pro se, do hereby certify that on July 7, 2025, a true and correct copy of the foregoing Motion to Strike Affirmative Defenses and proposed order was served via electronic mail upon:

**Randall L. Christian**

Federal ID No. 15935

Texas Bar No. 00783826

randall.christian@bowmanandbrooke.com

**Jonathan L. Smith**

Federal ID No. 3632192

Texas Bar No. 24088436

jonathan.smith@bowmanandbrooke.com

2901 Via Fortuna Drive, Suite 500

Austin, Texas 78746

Tel: (512) 874-3800


*Attorneys for International Medical Devices, Inc.; Menova International, Inc.; James J. Elist M.D., a Medical Corporation; and James Elist, M.D.*


    Respectfully submitted,


                         /s/ Jose M. Gonzalez

                              Pro Se Plaintiff
                 1215 Hidalgo Street, Suite 205
                       Laredo, TX 78040