

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

JOSE M. GONZALEZ,                          §
                                           §
    *Plaintiff*,                           §
                                           §
v.                                         §          CASE NO. 1:24-cv-00982-DAE
                                           §
INTERNATIONAL MEDICAL DEVICES,             §
INC., *et al.*,                            §
                                           §
    *Defendants*.                          §

## <u>SCHEDULING ORDER</u>

The scheduling recommendations provided by the parties on July 18, 2025 (Dkt No. 35) are adopted by the Court.  Therefore, the following dates are entered to control the course of this case:

1. The parties must mediate this case on or before **September 30, 2025**, and file a report in accordance with Rule 88 after the mediation is completed. The mediation may be conducted in-person or remotely.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **August 1, 2025**, and each opposing party shall respond, in writing, by **August 15, 2025**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **September 30, 2025**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **October 30, 2025**.  Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **November 30, 2025**. All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

5.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis

for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **December 31, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **January 16, 2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

IT IS SO ORDERED.

DATED: Austin, Texas, _____, 2025.


_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE