UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSE M. GONZALEZ,<br>    Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MEDICAL<br>DEVICES, et. al,<br>    Defendants. | §<br>§<br>§<br>§<br>§   NO:  1:24-cv-00982-DAE<br>§<br>§<br>§<br>§<br>§ |

NOTICE OF FILING OF PROOF OF SERVICE OF SUBPOENA

Plaintiff Jose M. Gonzalez, proceeding pro se, respectfully files this Notice of Filing of Proof of Service in connection with a subpoena issued to non-party Allison Komiyama, PhD.

On August 15, 2025, certified process server Angel E. Lopez personally served Dr. Komiyama at 1164 Avenida Amantea, La Jolla, California 92037, with a true and correct copy of the subpoena to produce. Attached hereto as Exhibit A is the executed Proof of Service confirming valid service under Federal Rule of Civil Procedure 45(b)(4).

Respectfully submitted,

Dated this 15th day of August 2025.

**Jose M. Gonzalez,** Pro Se
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com

## CERTIFICATE OF SERVICE

 I, Jose M. Gonzalez, Plaintiff pro se, do hereby certify that on the 4th Day of August 2025, a true and correct copy of the foregoing: NOTICE OF FILING OF PROOF OF SERVICE OF SUBPOENA were filed with the Clerk using the ECF system which will give notice of the filing to all counsel of record.  Furthermore, that a person(s) not listed in the ECF system have been provided a copy by United States Postal Mail Certified with Signature Requested at the following addresses:

**Defendants**: International Medical Devices, Inc. ("IMD"); Menova International, Inc., ("Menova"); James J. Elist, M.D., a Medical Corporation; and, Dr. James Elist is an individual residing in Beverly Hills, California, as being represented by:

### BOWMAN AND BROOKE LLP

**Randall L. Christian**
Federal ID No. 15935
Texas Bar No. 00783826
randall.christian@bowmanandbrooke.com

**Jonathan L. Smith**
Federal ID No. 3632192
Texas Bar No. 24088436
jonathan.smith@bowmanandbrooke.com

**DATE: 08/15/2025**

/s/   Jose M. Gonzalez, Pro Se
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com

2

**Exhibit A:**

Proof of Service of Subpoena (file-stamped copy attached)

# RETURN OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here

| | |
|---|---|
| **Court** | District Court<br>Clerk of the District Court of Bee County, Texas<br>Bee County, Texas |
| **Plaintiff** Jose M. Gonzalez | **Cause #** 1:24-cv-09892-DGE |
| **Defendant(s)** INTERNATIONAL MEDICAL DEVICES, INC.; ET AL | **Came to Hand Date/Time** 8/13/2025   7:02 PM |
| **Manner of Service** Personal | **Service Date/Time** 8/15/2025   11:38 AM |
| **Documents** SUBPOENA TO PRODUCE | **Service Fee:** $75.00 |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **8/15/2025** at **11:38 AM**: I served **SUBPOENA TO PRODUCE** upon **Allison Komiyama** by delivering **1** true and correct copy(ies) thereof, with **Allison Komiyama, I delivered the documents to Allison Komiyama with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent.** at **1164 AVENIDA AMANTEA, LA JOLLA, CA 92037**.

My name is: **Angel E Lopez** and my date of birth is **12/26/2003**

My address is: **1808 Del Sur Blvd Apt 203, San Ysidro, CA 92173**, USA.

My process server identification # is: **3852**. My Certification expires: **7/23/2027**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in San Diego CA county, TX.

_Angel Lopez_ (signature)
Angel E Lopez

08/15/2025
Date Executed

Ref TX-30054

txefile@abclegal.com


Jose Gonzalez <middlemanadvert@gmail.com>

Tracking # 0182407924