AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Jose M. Gonzalez | ) |
| *Plaintiff* | ) |
| v. | ) |
| International Medical Devices, Inc., et al | ) |
| *Defendant* | ) |

Civil Action No.    1:24-cv-00982-DAE

(If the action is pending in another district, state where:                    )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Admiral Insurance Company
Corporation Service Company; 251 Little Falls Drive; Wilmington, DE 19808

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: All insurance policies, binders, claim files, correspondence, and coverage determinations issued by Admiral Insurance Co. to Dr. James Elist, International Medical Devices, Inc., or Menova, Inc. from Jan. 1, 2018–present, including any reservation of rights, denial letters, settlement agreements, or litigation records involving the Penuma or Himplant devices and/or Jose M. Gonzalez

| Place: deliver to Plaintiff Jose M. Gonzalez, 1215 Hidalgo Street, Suite 205, Laredo, TX 78040, or by secure electronic means at middlemanadvert@gmail.com | Date and Time: 10/15/2025 8:19 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/26/2025

Philip J. Devlin
CLERK OF COURT

*Christian T Rodriguez*
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Jose M. Gonzalez
1215 Hidalgo Street, Suite 205, Laredo, TX 78040                    , who issues or requests this subpoena, are:
middlemanadvert@gmail.com

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jose M. Gonzalez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:24-cv-00982-DAE |
| International Medical Devices, Inc., et al | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | )                                                    ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  CARDEN JENNINGS PUBLISHING CO., LTD.
     485 Hillsdale Dr Ste 341, Charlottesville, VA, 22901 - 5734, USA

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All recordings, transcripts, metadata, and custodian certifications related to the "Grand Rounds in Urology" presentation by Dr. James Elist concerning the Penuma device, including official copies published, stored, or archived by your company.

| Place: deliver to Plaintiff Jose M. Gonzalez, 1215 Hidalgo Street, Suite 205, Laredo, TX 78040, or by secure electronic means at middlemanadvert@gmail.com | Date and Time: 10/15/2025 8:19 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  8/26/2025

Philip J. Devlin
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*          OR          _____
                                                         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Jose M. Gonzalez
1215 Hidalgo Street, Suite 205, Laredo, TX 78040                        , who issues or requests this subpoena, are:
middlemanadvert@gmail.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Jose M. Gonzalez ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:24-cv-00982-DAE |
| International Medical Devices, Inc., et al ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: James River Insurance Company
c/o Corporation Service Co., Registered Agent; 100 Shockshoe Slip, 2nd Floor; Richmond, VA, 23219

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: All insurance policies, binders, claim files, correspondence, and coverage determinations issued by James River Insurance Co. to Dr. James Elist, International Medical Devices, Inc., or Menova, Inc. from Jan. 1, 2018– present, including any reservation of rights, denial letters, settlement agreements, or litigation records involving the Penuma or Himplant devices and/or Jose M. Gonzalez.

| Place: deliver to Plaintiff Jose M. Gonzalez, 1215 Hidalgo Street, Suite 205, Laredo, TX 78040, or by secure electronic means at middlemanadvert@gmail.com | Date and Time: 10/15/2025 8:19 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/26/2025

Philip J. Devlin
*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Jose M. Gonzalez
1215 Hidalgo Street, Suite 205, Laredo, TX 78040_____ , who issues or requests this subpoena, are:
middlemanadvert@gmail.com