AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jose M. Gonzalez  )  | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:24-cv-00982-DAE |
| International Medical Devices, Inc. et al ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Regulatory and Quality Solutions LLC c/o CT Corporation System
600 N 2nd St, Suite 401; Harrisburg, PA 17101

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All communications, reports, or documents between Allison Komiyama/AcKnowledge Regulatory Strategies and Dr. James Elist, International Medical Devices, Inc., Elist Enterprises, or Menova concerning FDA 510(k) submissions K181387 or K220760, including warnings, disclaimers, or guidance regarding cosmetic use without medical deformity.

| Place: Deliver to: Jose M. Gonzalez<br>1215 Hidalgo St #205; Laredo, TX 78040; or by secure electronic means to: middlemanadvert@gmail.com | Date and Time:<br>09/25/2025 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

U.S. District Clerk's Office
501 West Fifth St. Suite 1100
Austin, TX. 78701



J.M. Gonzalez
1215 Hidalgo St. Apt # 205
Laredo, TX. 78040




- Expected delivery date specified
- Domestic shipments include $10
- USPS Tracking® service included
- Limited international insurance.*
- When used internationally, a cus

*Insurance does not cover certain items.
Domestic Mail Manual at http://pe.usps.com
** See International Mail Manual at http://pe

**FLAT RATE ENV**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSU**


PS00001000014

---

**UNITED STATES POSTAL SERVICE.** Retail

**P** US POSTAGE PAID
$11.00
Origin: 78040
08/29/25
4849520040-07

PRIORITY MAIL®

0 Lb 1.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 09/02/25

C074

SHIP TO:

STE 1100
501 W 5TH ST
AUSTIN TX 78701-3812

USPS TRACKING® #


9505 5145 5361 5241 9644 66



---


**UNITED STATES POSTAL SERVICE®** PRIORITY MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: J.M. Gonzalez
1215 Hidalgo St. Apt # 205
Laredo, TX. 78040

SCREENED BY CSO's
SEP 2 2025

TO:
U.S. District Clerk's office
501 West Fifth St. Suite 1100
Austin, TX. 78701

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE