**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOSE M. GONZALEZ, § § *Plaintiff*, § § v. § § INTERNATIONAL MEDICAL DEVICES, § INC., *et al.*, § § *Defendants*. § | CASE NO. 1:24-cv-00982-DAE |

# JOINT MOTION FOR ENTRY OF A CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff Jose M. Gonzalez and Defendants International Medical Devices, Inc., Menova International, Inc., James J. Elist M.D., a Medical Corporation, and James Elist, M.D. (collectively, "Defendants," and, together with Plaintiff, the "Parties") file this Joint Motion for Entry of Confidentiality and Protective Order and, in support of the same, stipulate and show:

1. Discovery in this action is likely to involve disclosure of certain documents, things, and information containing trade secrets, commercially sensitive data, confidential research, protected personal information, and/or other information requiring selective disclosure.

2. Absent a protective order, the compulsory production of materials and information described in the foregoing paragraph would subject the producing party to annoyance, embarrassment, oppression, and/or undue burden and expense.

*Prayer*

3. The Parties, therefore, pursuant to Federal Rule of Civil Procedure 26(c) and for good cause shown, respectfully request entry of the proposed Confidentiality and Protective Order filed concurrently herewith which is presented in the form of the approved protective order attached as to the Local Rules as Exhibit H-1. *See* L.R. CV-26(c).

Dated: September 8, 2025

Respectfully and jointly submitted,

**BOWMAN AND BROOKE LLP**

By: */s/ Randall L. Christian*
    Randall L. Christian
    Federal ID No. 15935
    Texas Bar No. 00783826
    randall.christian@bowmanandbrooke.com
    Jonathan L. Smith
    Federal ID No. 3632192
    Texas Bar No. 24088436
    jonathan.smith@bowmanandbrooke.com
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Tel: (512) 874-3800
Fax: (512) 874-3801

*Attorneys for Defendants International Medical Devices, Inc.; Menova International, Inc.; James J. Elist M.D., a Medical Corporation; and James Elist, M.D.*

AND

*/s/ Jose M. Gonzalez*
**Jose M. Gonzalez, Pro Se**
1215 Hidalgo Street #205
Laredo, Texas 78040
Tel.: (956) 608-1811
middlemanadvert@gmail.com

*Plaintiff*

2

32511839v1

**CERTIFICATE OF CONFERENCE**

I certify that the parties conferred with respect to the foregoing motion and agreed to jointly file the same.

                                              */s/ Jonathan L. Smith*
                                              Jonathan L. Smith

**CERTIFICATE OF SERVICE**

I certify that the foregoing instrument and all attachments thereto were filed with the Clerk via the ECF system which will give notice of the filing to Plaintiff, who has registered as an ECF user.

                                              */s/ Jonathan L. Smith*
                                              Jonathan L. Smith