UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

**Jose M. Gonzalez, Plaintiff**

v.                                                        Case No. 1:24-cv-00982-DAE

**International Medical Devices, Inc., et al., Defendants**

# NOTICE OF FILING ADR SUMMARY FORM

Plaintiff files the attached Alternative Dispute Resolution (ADR) Summary Form pursuant to the Court's Scheduling Order (Dkt. 35) and Local Rule CV-88.

Mediation was conducted on September 30, 2025, before mediator Nataliya Gamez, Gamez Mediation LLC. The mediation was completed, and no settlement was reached.

Plaintiff made multiple written and oral requests that the mediator sign and file the required form. Ms. Gamez declined, stating she does not handle court filings. Plaintiff therefore submits the completed ADR Summary Form to ensure compliance with the Court's order.

October 6, 2025.

Respectfully submitted,

**Jose M. Gonzalez** (Pro Se Plaintiff)
1215 Hidalgo St., Suite 205 • Laredo, TX 78040
(956) 608-1811 • middlemanadvert@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I filed the foregoing Notice of Filing ADR Summary Form via the Court's CM/ECF system, which automatically serves all registered counsel of record.

October 6, 2025.

Respectfully submitted,

Jose M. Gonzalez
Pro Se Plaintiff
1215 Hidalgo St., Suite 205
Laredo, TX 78040
middlemanadvert@gmail.com | 956-608-1811
