UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Gonzalez v. International Medical Devices, Inc., et al.

2. Civil action number: 1:24-cv-00982-DAE

3. Nature of suit: DTPA / product misrepresentation (or "Other Personal Injury – Product Liability")

4. Date of Mediation: Sept. 30, 2025

5. When did the case settle?  ☐ Before ADR   ☐ In ADR   ☒ Did Not Settle

6. What was your total fee?   $ 1,700 Split by the Parties   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☒ by court order   or   ☐ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Jose M. Gonzalez
Address: 1215 Hidalgo St., Suite 205
Laredo, TX 78040
Phone: Tel: (956) 608-1811

Name: Jonathan L. Smith
Address: 2901 Via Fortuna, Suite 500
Austin, TX 78746
Phone: Tel: (512) 874-3820

Name:
Address:
Phone:

Name: Randall L. Christian
Address: 2901 Via Fortuna, Suite 500
Austin, TX 78746
Phone: Tel: (512) 874-3820

9. Additional comments:

_____    _____
Signature of Neutral              Date

_____    _____
Address                                 Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*