UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSE M. GONZALEZ,<br>     Plaintiff,<br><br>*vs*.<br><br>INTERNATIONAL MEDICAL<br>DEVICES, et al.<br>     Defendants. | §<br>§<br>§<br>§<br>§   NO:  1:24-cv-00982-DAE<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION**

**FOR A PRESERVATION INJUNCTION**

Before the Court is Plaintiff's Motion for a Preservation Injunction. Having reviewed the Motion and applicable law, the Court finds that targeted preservation relief is appropriate to ensure the integrity of potentially relevant electronically stored information ("ESI") and hard-copy documents during the pendency of this litigation.

Accordingly, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and Defendants shall comply with the following directives:

1. Identification of Custodians: Within 21 days, Defendants shall identify all individuals and entities reasonably believed to possess or control potentially relevant ESI or documents, including employees, executives, consultants, contractors, and third-party custodians.

2. Identification of Repositories: Within 21 days, Defendants shall identify all ESI repositories reasonably believed to contain potentially relevant information,

1

including servers, cloud storage, local devices, shared drives, mobile devices, and any consultant or subcontractor accounts.

3. Suspension of Deletion and Auto-Purge: Effective immediately, Defendants shall suspend any deletion, overwriting, or auto-purge functions affecting relevant ESI, including email systems, messaging platforms, mobile devices, and document repositories.

4. Categories of Information to Be Preserved: Defendants shall preserve materials relating to 510(k) submissions (K042380, K162624, K181387, K220760, K223051); labeling, warnings, intended-use discussions; marketing, advertising, websites, and promotional content; surgeon-network communications; communications with consultants or regulatory contractors; IMD–Menova or IMD–Elist intercompany communications; complaint handling and adverse-event investigation; shipment and distribution; device training and instructional materials; device-identity data including UDI, model numbers, and catalog identifiers.

5. Retention Policies: Within 21 days, Defendants shall disclose any written retention or deletion policies in effect during the relevant periods.

6. Rule 26(g) Certification: Within 30 days, Defendants shall submit a Rule 26(g) certification confirming that reasonable preservation measures have been implemented and that auto-delete functions are suspended.

7. Status Report: Within 60 days, Defendants shall submit a status report confirming compliance with this Order and identifying any preservation issues requiring Court attention.

3

IT IS SO ORDERED.

Date: _____

HON. DAVID A. EZRA<br>
UNITED STATES DISTRICT JUDGE<br>
WESTERN DISTRICT OF TEXAS