UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 1:24-cv-00982-DAE |
| INTERNATIONAL MEDICAL DEVICES, INC., *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Preservation Injunction, ECF No. 53. The Court finds the Plaintiff's Motion lacks merit and, therefore, orders that Plaintiff's Motion for Preservation Injunction is **DENIED**.

It is so **ORDERED.**

Signed this _____ day of _____, 2025.

_____
HONORABLE SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1