UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSE M. GONZALEZ,<br>　　　Plaintiff,<br><br>*vs.*<br><br>INTERNATIONAL MEDICAL<br>DEVICES, et al.<br>　　　Defendants. | §<br>§<br>§<br>§<br>§　　NO:　1:24-cv-00982-DAE<br>§<br>§<br>§ |

**SUPPLEMENTAL EVIDENCE SUBMITTED UNDER FED. R. CIV. P. 7(b)**

INTRODUCTION

Plaintiff submits this supplemental evidence pursuant to Fed. R. Civ. P. 7(b) in support of the pending Motion for Preservation Injunction. The purpose of this filing is limited: to provide the Court with the specific documents referenced in the motion that bear on the location, reliability, and consistency of device-identifying information maintained across IMD-related systems.

This filing does *not* offer argument on the merits. It is submitted solely to assist the Court in determining (1) where responsive data resides, (2) the types of repositories in which such information appears, and (3) to illustrate the location and format of device-identifying data across IMD's systems, as reflected in the cited documents.

### I.　IMD's FDA MDR Identifies Plaintiff's Device Using K181387

IMD submitted an adverse event report (MDR; embedded at pg.'s 2-3) to FDA on January 17, 2024, identifying Plaintiff's device as follows:

- LOT: 896436
- UDI-DI: B097IMD009XL1
- PMA/PMN Number: K181387

1



FDA Home[3] Medical Devices[4] Databases[5]

MAUDE Adverse Event Report: INTERNATIONAL MEDICAL DEVICES PRE-FORMED PENILE SILICONE BLOCK; PENUMA



510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]
CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

## INTERNATIONAL MEDICAL DEVICES PRE-FORMED PENILE SILICONE BLOCK; PENUMA

Back to Search Results

**Lot Number** 896436
**Device Problems** Patient-Device Incompatibility (2682); Positioning Problem (3009)
**Patient Problems** Failure of Implant (1924); Implant Pain (4561)
**Event Date** 01/05/2024
**Event Type** Injury
**Event Description**
Patient had the device implanted on (b)(6) 2022. A few days after the operation, the patient alleged discomfort in the groin area. The patient also alleged that the device failed to elongate and remained 'bunched' around the base of his penis. On october 12, 2022, his physician prescribed an external device to elongate the penis. The patient states that after one year of using the elongation device that it failed to correct the abnormality and he continued to experience pain.

**Manufacturer Narrative**
The patient had the device implanted on (b)(6) 2022. The physician stated that the surgery went well without any complications. On post op day 2 the implant was correctly aligned and healing after drain removal. At a follow up appointment on 10/17/2022, the physician noticed the patient was experiencing retraction and bulging at the base of the implant. The bulge occurred due to the retraction. This is a potential event that can occur that the patient was informed of and approved of this during the consent process. A post-operative bulge is not an uncommon occurrence when an implant is placed under the skin as the skin and surrounding tissues adjust to the presence of a foreign body. As part of the informed consent process, the patient signed off on various risks and complications one-by-one, including: "extended penile or scrotal pain and discomfort," "penile shortening" and "penile retraction in erect and flaccid states". Per the clinical investigation report: retrospective analysis of the safety and effectiveness of the silicone block in penile surgery, and the instructions for use, which were reviewed as part of the 510(k) process, list pain, dissatisfaction with cosmetic result, contracture and decreased penile girth as an anticipated adverse events. Pain is a common and anticipated event in any surgical procedure. Dissatisfaction with cosmetic results is an anticipated side effect of that is disclosed in advance. The root cause of this investigation is a known inherent risk of the device.

Search Alerts/Recalls[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** PRE-FORMED PENILE SILICONE BLOCK
**Type of Device** PENUMA
**Manufacturer (Section D)** INTERNATIONAL MEDICAL DEVICES
8500 Wilshire Blvd
Suite 707
Beverly Hills CA 90211
**Manufacturer (Section G)** INTERNATIONAL MEDICAL DEVICES
8500 Wilshire Blvd
Suite 707
Beverly Hills CA 90211
**Manufacturer Contact** Chandler Thames
8500 Wilshire Blvd
Suite 707
Beverly Hills, CA 90211
3106522600
**MDR Report Key** 18525497
**MDR Text Key** 333029386
**Report Number** 3010606546-2024-00001
**Device Sequence Number** 1
**Product Code** MIB [24]
**UDI-Device Identifier** B097IMD009XL1
**UDI-Public** B097IMD009XL1
**Combination Product (y/n)** N
**Reporter Country Code** US
**PMA/PMN Number** K181387
**Number of Events Reported** 1

```
                        Summary Report (Y/N) N
                          Report Source Manufacturer
                            Source Type Other
                      Reporter Occupation Other
                           Type of Report Initial
                             Report Date 01/17/2024
         1 Device was Involved in the Event
         1 Patient was Involved in the Event
            Is this an Adverse Event Report? Yes
            Is this a Product Problem Report? No
                        Device Operator Health Professional
                       Device Lot Number 896436
     Was Device Available for Evaluation? No
           Initial Date Manufacturer Received 01/05/2024
                 Initial Date FDA Received 01/17/2024
     Was Device Evaluated by Manufacturer? Device Not Returned to Manufacturer
                   Date Device Manufactured 02/11/2022
                    Is the Device Single Use? Yes
 Is This a Reprocessed and Reused Single-Use Device? No
                      Type of Device Usage Initial
                   Patient Sequence Number 1
                        Patient Outcome(s) Other;
                              Patient Age 49 YR
                              Patient Sex Male
```

(Embedded as Exhibit A.)  * Excerpted Source: U.S. Food & Drug Administration, MAUDE Database (https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/search.cfm), retrieved on 12/07/2025.

The MDR does **not** reference:

- K220760
- K223051
- any later device iteration

The MDR was submitted on January 17, 2024, before this litigation commenced.

### II. Judge Ezra Has Already Found a Factual Dispute Regarding Device Identity

In his June 20, 2025, order denying Defendants' Motion to Dismiss, Judge Ezra held: "There appears to be a factual dispute as to which iteration of the Penuma implant device Plaintiff received." *See Order Denying Defs' Mot. to Dismiss, ECF No. 30, at 13–14.*

Discovery to date includes records from multiple IMD systems that contain device-identifying fields.

### III.   IMD's Complaint File Shows a 2025 Modification to the UDI Field Without Prior Version History

IMD's internal complaint file (Complaint No. 24-001) includes the following entries on GONZALEZ_IMD_000003 (previously filed under seal as exhibit to Plaintiff's Motion for Preservation Injunction, ECF No. 53):

- "Original UDI: B097IMD009XL"
- Added entry (Jan. 3, 2025): "B097IMD009XL180132 / 70211896436"
- Approver: Molly Layne

The materials produced do not include any prior version, revision log, or audit history for this field. These entries are included solely to show the information currently maintained in IMD's complaint-handling record for Plaintiff.

### IV.   IMD's Implant-Tracking Entry and Hospital Records Reflect Different Incision Descriptions

IMD's internal implant-tracking form for Plaintiff lists the incision type as "suprapubic" and identifies Lot 896436.
*Submitted under seal* as Exhibit B. [GONZALEZ_IMD_000791–793].

North Austin Surgery Center's operative notes for Plaintiff's July 26, 2022, procedure describe a left hemiscrotal incision measuring approximately 3–4 cm and document placement of the Penuma XLS implant. *Submitted under seal* as Exhibit C [JG_NASC_ 20].

These documents are provided solely to show the device-related fields contained in IMD's implant-tracking record and the incision description reflected in the contemporaneous surgical record.

4

V. **Hospital Records Reflect Device REF and LOT Information**

North Austin Surgery Center's implant log for Plaintiff's procedure lists the following device-identifying information:

- **REF:** IMD009-XL
- **LOT:** 896436

These records are submitted solely to show the device-identifying information documented by the surgical facility.

Submitted under seal as Exhibit C [JG_NASC_ 21].

VI. **Medical Board Order Concerning IMD's Chief Medical Officer**

The Medical Board of California issued an order of probation concerning Dr. James Elist, effective June 28, 2024. See attached Exhibit D [Medical Board Order].

The order includes requirements such as:

- Completion of a medical recordkeeping course
- Completion of clinician-communication and documentation training
- Audio and video recording of all informed-consent communications and placement of those recordings in the patient's medical record
- Ongoing monitoring of documentation standards

The order further provides that the allegations in the Sixth Amended Accusation would be deemed admitted in any future licensing action. The document is included solely to show the recordkeeping-related conditions imposed by the Medical Board.

## CONCLUSION

Plaintiff submits the accompanying materials pursuant to Rule 7(b) to provide the specific documents referenced in the pending Motion for Preservation Injunction and Reply. These materials show where device-identifying information appears within the records produced to date, including FDA records, IMD internal records, and medical-facility documentation. They are offered solely to assist the Court in locating and reviewing the referenced sources.

Respectfully submitted,

**Jose Gonzalez, Pro Se**
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com

- **Exhibit A:** MAUDE Report (*embedded*)

- **Exhibit B:** [GONZALEZ_IMD_000791–793] Implant-Tracking (*sealed*)

- **Exhibit C:** [JG_NASC_ 20–22] Operative Note (*sealed*)

- **Exhibit D:** Medical Board Order (*public*)

## CERTIFICATE OF SERVICE

I, Jose M. Gonzalez, Plaintiff pro se, do hereby certify that on the 8th day of December 2025, a true and correct copy of the foregoing:

SUPPLEMENTAL EVIDENCE SUBMITTED UNDER FED. R. CIV. P. 7(b)

was filed with the Clerk using the ECF system which will give notice of the filing to all counsel of record.

**Defendants**: International Medical Devices, Inc. ("IMD"); Menova International, Inc., ("Menova"); James J. Elist, M.D., a Medical Corporation; and, Dr. James Elist is an individual residing in Beverly Hills, California, as being represented by:

### BOWMAN AND BROOKE LLP

**Randall L. Christian**
Federal ID No. 15935
Texas Bar No. 00783826
randall.christian@bowmanandbrooke.com
**Jonathan L. Smith**
Federal ID No. 3632192
Texas Bar No. 24088436
jonathan.smith@bowmanandbrooke.com

**DATE: 12/08/2025**

/s/  Jose M. Gonzalez, Pro Se
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com