AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00982-DAE

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* INTERNATIONAL MEDICAL DEVICES, INC; ELIST MEDICAL; JAMES J. ELIST

was received by me on *(date)* 12/3/25 .

☑ I served the subpoena by delivering a copy to the named person as follows: MELANI RODRIGUEZ (BUSINESS OFFICE MANAGER)

on *(date)* 12/8/25 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/8/2025

_____
Server's signature

C. MCWHINNEY   DUSM
Printed name and title

501 W. 5TH STREET, AUSTIN, TX 78701
Server's address

Additional information regarding attempted service, etc: