UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSE M. GONZALEZ,<br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MEDICAL DEVICES, et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§   NO:  **1:24-cv-00982-DAE**<br>§<br>§<br>§<br>§ |

# **PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT DEFENDANTS' PROPOSED EXPERT TESTIMONY OF DENISE HOLLIDAY UNDER FEDERAL RULE OF EVIDENCE 702, OR IN THE ALTERNATIVE TO DEFER RULING UNTIL SUCH TESTIMONY IS OFFERED**

Plaintiff Jose M. Gonzalez, proceeding pro se, respectfully moves to exclude or limit the proposed expert testimony of Denise Holliday pursuant to Federal Rule of Evidence 702 and the Court's Scheduling Order, or alternatively to defer ruling until Defendants seek to rely on such testimony in motion practice or at trial.

### I. Procedural Background

Defendants served their Rule 26(a)(2) expert disclosure identifying Denise Holliday and attaching her written report on November 30, 2025. Since that time:

- Defendants have not noticed Ms. Holliday for deposition;
- Defendants have not relied on Ms. Holliday's opinions in any dispositive motion;
- Defendants have sought and obtained extensions of discovery deadlines;
- No trial date has been set, and no Daubert hearing has been scheduled.

1

Plaintiff now seeks to preserve and present objections to Ms. Holliday's proposed testimony before it is relied upon in a manner that could prejudice Plaintiff.

**II.     Ms. Holliday's Opinions Are Outside the Scope of Rule 702**

Ms. Holliday's report offers regulatory commentary concerning FDA clearance history and device classification, but it does not address:

- consumer-facing advertising content;
- alleged misrepresentations made to Plaintiff;
- reliance, materiality, or inducement;
- state-law standards governing deceptive practices or fraud;
- the timing and substance of pre-clearance marketing activities central to Plaintiff's claims.

As such, her opinions do not "help the trier of fact to understand the evidence or to determine a fact in issue," as required by Rule 702(a), and risk confusing regulatory compliance with liability for deceptive marketing.

**III.    The Opinions Are Based on Assumptions and Legal Conclusions**

Ms. Holliday's analysis relies heavily on assumptions supplied by defense counsel regarding device identity, labeling, and intended use, and draws legal conclusions concerning "misbranding" and regulatory compliance—issues reserved to the Court.

Expert testimony that merely interprets statutes, regulations, or reaches legal conclusions is inadmissible under Rule 702 and controlling precedent.

### IV.     No Prejudice to Defendants

Defendants have not relied on Ms. Holliday's opinions to date, and exclusion or limitation at this stage causes no prejudice. By contrast, allowing untested regulatory opinion testimony to be introduced later would substantially prejudice Plaintiff.

### V.     Alternative Relief

In the alternative, Plaintiff respectfully requests that the Court defer ruling on admissibility until such time as Defendants seek to rely on Ms. Holliday's testimony in motion practice or at trial, preserving Plaintiff's right to renew objections at that time.

### WHEREFORE

Plaintiff respectfully requests that the Court exclude or limit the proposed expert testimony of Denise Holliday under Federal Rule of Evidence 702 or alternatively defer ruling until such testimony is affirmatively offered.

Respectfully Submitted this 5th day of January, 2026.

**Jose M. Gonzalez,** Pro Se
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com

## CERTIFICATE OF SERVICE

I, Jose M. Gonzalez, Plaintiff pro se, do hereby certify that on the 1ST day of January 2026, a true and correct copy of the foregoing:

**PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT DEFENDANTS' PROPOSED EXPERT TESTIMONY OF DENISE HOLLIDAY UNDER FEDERAL RULE OF EVIDENCE 702, OR IN THE ALTERNATIVE TO DEFER RULING UNTIL SUCH TESTIMONY IS OFFERED**

via email to:

**Defendants**: International Medical Devices, Inc. ("IMD"); Menova International, Inc., ("Menova"); James J. Elist, M.D., a Medical Corporation; and, Dr. James Elist is an individual residing in Beverly Hills, California, as being represented by:

### BOWMAN AND BROOKE LLP

**Randall L. Christian**
Federal ID No. 15935
Texas Bar No. 00783826
randall.christian@bowmanandbrooke.com

**Jonathan L. Smith**
Federal ID No. 3632192
Texas Bar No. 24088436
jonathan.smith@bowmanandbrooke.com

**DATE: 01/05/2026**

/s/   Jose M. Gonzalez, Pro Se
1215 Hidalgo Street #205
Laredo, TX 78040
(956) 608-1811
middlemanadvert@gmail.com