## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 1:24-cv-00982-DAE |
| INTERNATIONAL MEDICAL DEVICES, INC., *et al.,* | § § § § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is Plaintiff's Motion to Exclude or Limit Defendants' Proposed Expert Testimony of Denise Holliday (the "Motion"), ECF No. 60. Upon review of the Motion, defendants' response in opposition thereto, plaintiff's reply in support thereof, and the papers on file, the Court finds that the Motion lacks merit and, therefore, orders that Plaintiff's Motion to Exclude or Limit Defendants' Proposed Expert Testimony of Denise Holliday, ECF No. 60, is **DENIED**.

It is so **ORDERED.**

Signed this _____ day of _____, 2026.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE