**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 1:24-cv-00982-DAE |
| INTERNATIONAL MEDICAL DEVICES, INC., *et al.*, | § § § § | |
| *Defendants*. | § § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF**
**DISPOSITIVE MOTION FILING DEADLINE**

Defendants move unopposed for a seven-day continuance of the dispositive motion deadline established in the Court's Text Order of January 15, 2026, and would respectfully show:

1. On January 15, 2026, via Text Order, the Court granted Defendants' Unopposed Motion for Continuance of Dispositive Motion Filing Deadline, ECF No. 65, and extended the deadline for filing dispositive motions to January 23, 2026.

2. Unfortunately, undersigned counsel has fallen ill and, on that basis, respectfully requests an additional seven-day continuance of the dispositive motion deadline.

3. The parties have conferred regarding the relief requested herein, and Plaintiff is unopposed to the requested seven-day continuance of the dispositive motion filing deadline.

WHEREFORE, premises considered and for good shown, Defendants respectfully request that this Motion be granted and that the January 23, 2026, deadline for filing dispositive motions established by the Court's Text Order of January 15, 2026, be continued to and through January 30, 2026.

33215351v1

Respectfully Submitted,

**BOWMAN AND BROOKE LLP**

By: /s/ Jonathan L. Smith
    Randall L. Christian
    Federal ID No. 15935
    Texas Bar No. 00783826
    randall.christian@bowmanandbrooke.com
    Jonathan L. Smith
    Federal ID No. 3632192
    Texas Bar No. 24088436
    jonathan.smith@bowmanandbrooke.com
    2901 Via Fortuna Drive, Suite 500
    Austin, Texas 78746
    Tel: (512) 874-3800
    Fax: (512) 874-3801

*Attorneys for International Medical Devices, Inc.; Menova International, Inc.; James J. Elist M.D., a Medical Corporation; and James Elist, M.D.*

**CERTIFICATE OF SERVICE**

    I certify that the foregoing instrument was electronically served on all parties of record in compliance with the Federal Rules of Civil Procedure on January 23, 2026.

    /s/ Jonathan L. Smith
    Jonathan L. Smith