# EXHIBIT D

## NORTH AUSTIN SURGERY CENTER
12201 Renfert Way, Suite 120
Austin, TX 78758
Tel: (512) 832-9088   Fax: (855) 302-5690

## OPERATIVE REPORT

| | |
|---|---|
| **PATIENT NAME**: GONZALEZ, JOSE | **MEDICAL RECORD #**: 86015 |
| | **DATE OF BIRTH**: 02/03/1973 |
| **PHYSICIAN**: BRYAN KANSAS, M.D. | **DATE OF SURGERY**: 08/02/2022 |

**PREOPERATIVE DIAGNOSIS**: Elective penile enhancement.

**POSTOPERATIVE DIAGNOSIS**: Elective penile enhancement.

**PROCEDURES PERFORMED**: Placement of Penuma XLS.

**ANESTHESIA**: LMA.

**COMPLICATIONS**: None.

**FINDINGS**: As above.

**HISTORY OF PRESENT ILLNESS**: Mr. Gonzalez is a 49-year-old gentleman who desired elective penile enhancement. After full discussion, he was taken to the operating room for Penuma today.

**DESCRIPTION OF PROCEDURE**: At the onset of the procedure, Mr. Gonzalez was taken to the operating room at North Austin Surgery Center on 08/02/2022, properly identified by myself and anesthesiology staff. He underwent appropriate LMA anesthesia, prepped and draped in the usual sterile fashion with an alcohol prep and ChloraPrep. He received vancomycin and gentamicin preoperatively.

At the onset of the procedure, I used Marcaine and instilled in the left hemiscrotum as well as penile block. I then made 3 to 4 cm incision in the left hemiscrotum, dissected down, easily identified the corpora. I then was able to evert and deglove the penis from the inside and demarcate the midline left and right lateral with the use of a tonsil clamp on the marking. At this point, this was rinsed copiously with Irrisept. I brought a Penuma XLS and a mesh onto the field. I oversewed the edge of the Penuma with the Vicryl mesh with 3-0 Vicryl. I then instilled the Penuma using a running 2-0 Ethibond from the midline to the left lateral and then from midline to the right lateral. By the end of the procedure, we had a really nice looking distal implant. I trimmed the back of the implant to size it appropriately and placed in the normal anatomic position after trimming the excess mesh off and washing with Irrisept. At this point, I placed a drain to the left lower quadrant near to the base of the implant. I washed out one more time with Irrisept and began closure. I closed two deep running layers of dartos with 3-0 Vicryl. I closed the skin with running 4-0 subcuticular Monocryl stitch. Dermabond was applied. Drain was placed to suction. I then placed a mummy wrap. This completed the procedure. The patient was awakened, extubated, and taken to the PACU in stable condition.

**PLAN**: Plan will be see to Mr. Gonzalez back in two days to remove his drain.

**OPERATIVE REPORT - PAGE 1 of 2**

GONZALEZ_RFP_ 60

**NORTH AUSTIN SURGERY CENTER**
12201 Renfert Way, Suite 120
Austin, TX 78758
Tel: (512) 832-9088   Fax: (855) 302-5690

**OPERATIVE REPORT**

| | |
|---|---|
| **PATIENT NAME**: GONZALEZ, JOSE | **MEDICAL RECORD #**: 86015 |
| | **DATE OF BIRTH**: 02/03/1973 |
| **PHYSICIAN**: BRYAN KANSAS, M.D. | **DATE OF SURGERY**: 08/02/2022 |

```
-----------Begin Electronic Signature--------
```

*[signature: B. Kansas]*

```
Signed By: Bryan Kansas, M.D.
On Date: 08/03/22 7:40 PM CST
------------End Electronic Signature---------
```

Bryan Kansas, M.D.

JOB#: 120236214     BK: med: ram/esh     DD: 08/02/2022     DT: 08/03/2022

**OPERATIVE REPORT - PAGE 2 of 2**
