# EXHIBIT E

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE M. GONZALEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-00982-DAE |
| | § | |
| INTERNATIONAL MEDICAL DEVICES, | § | |
| INC., *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

### <u>DECLARATION OF DENISE HOLLIDAY</u>

1.      My name is Denise Holliday. I am over eighteen years of age, of sound mind, otherwise capable of making this declaration, and I have first-hand knowledge of the assertions of fact set forth herein which I attest are true and correct.

2.      I have been retained by defendants in this action to offer my expert opinion concerning the uses for which the medical device at issue in Plaintiff's Amended Civil Complaint (the "Subject Device") was cleared by FDA to determine its FDA-cleared Indications for Use on August 2, 2022, the date on which it was received by Plaintiff.

3.      Attached hereto as Exhibit E-1 is a true and correct copy of the expert report containing, inter alia, a complete statement of the opinions I have prepared and intend to offer in this action and the basis for them.

4.      A true and correct summary of my qualifications to offer the opinions contained in my report and this declaration is contained in the Summary of Qualification section on pages 2-4 of Exhibit E-1.

5.     The name of the Subject Device as cleared by FDA is "Pre-Formed Penile Silicon Block," and it is a prescription only, Class II  medical device cleared for domestic distribution by FDA through its 510(k) premarket notification system.

6.     Using the Subject Device's Unique Device Identification number, I queried the online database provided by the National Library of Medicine, which is available at   https://accessgudid.nlm.nih.gov/devices,   to determine the 510(k) Premarket Submission Numbers under which it was cleared. That inquiry revealed the following:

⊕ FDA PREMARKET SUBMISSION

| FDA Premarket Submission Number [?] | Supplement Number [?] |
| --- | --- |
| K042380 | 000 |
| K162624 | 000 |
| K181387 | 000 |
| K220760 | 000 |

7.     By querying FDA's "510(k) Premarket Notification" online database for each of the foregoing premarket submission numbers, I accessed and analyzed said submissions to determine the Subject Device's FDA cleared "Indications for Use," over the relevant time period.

8.     Based on that evaluation, I opine to a reasonable degree of regulatory certainty, that:

   a.   On January 23, 2019, upon completion of its review of Premarket Submission No. K181387, FDA cleared the Subject Device for the Indications for Use:

   Indications for Use (Describe)
   The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant.

   b.   On May 13, 2022, upon completion of its review of Premarket Submission No. K220760, FDA updated the Subject Device's Indications of Use to the following:

Indications for Use *(Describe)*
The Pre-Formed Penile Silicone Block is intended for use in augmentation, reconstructive and cosmetic surgery, and is contoured at the surgeon's discretion to create a custom implant. When used in augmentation procedures, the device provides cosmetic augmentation of the penis and is intended for aesthetic purposes.

9.      Apart from the update of the Subject Device's Indications for Use that became effective May 13, 2022, as described in paragraph 8.b., there were no other changes between the device as cleared under K181387 and the device as cleared under K220760. This is so because the device as cleared under K220760 "has identical dimensions, design, materials, and technological characteristics" to the device cleared under K181387. Accordingly, on May 12, 2022, the Subject Device was cleared by FDA "for use in the cosmetic correction of tissue deformities," and on May 13, 2022, through at least August 2, 2022, it was FDA cleared for "cosmetic augmentation of the penis … for cosmetic purposes."

10.      The Subject Device Plaintiff received on August 2, 2022, was cleared by FDA for cosmetic augmentation of the penis for aesthetic purposes and had been since May 13, 2022.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2026.

_____

Declarant, Denise Holliday