# EXHIBIT E-1



**EXPERT OPINION REPORT**

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., AMEDICAL CORPORATION, AND DR. JAMES ELIST – United States District Court Western District Texas Austin Division

Prepared for:

**Bowman and Brooke LLP**

Randall L. Christian, Co-Chair Life Sciences Litigation and Partner

2901 Via Fortuna Drive, Suite 500

Austin, TX 78746

Randall.Christian@bowmanandbrooke.com

**Published Date** – 2025.11.28

**Prepared & signed by Denise S. Holliday**

dholliday@capwellconsulting.com

**Capwell Consulting Group, LLC**

Mailing: 138 Sea Grove Main Street, #840006

Saint Augustine, FL  32080

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 3 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

# Table of Contents

Scope of Engagement ..................................................................................................2

Summary of Qualifications ...........................................................................................2

Disclosure ...................................................................................................................4

Documents, Exhibits, and Research Material ...............................................................4

Facts............................................................................................................................6

Overall Opinion and Conclusion...................................................................................8

Disclaimer ................................................................................................................. 10

Case 1:24-cv-00982-DAE     Document 69-6     Filed 01/30/26     Page 4 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

## Scope of Engagement

I, Denise Holliday, Medical Device Expert at Capwell Consulting Group, LLC, have been retained by Bowman and Brooke LLP regarding JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., AMEDICAL CORPORATION, AND DR. JAMES ELIST, Case No. 1:24-cv-00982-DAE,  to evaluate whether the medical device referenced in the complaint (hereafter "medical device") was misbranded in violation of the Federal Food, Drug, and Cosmetic Act to the extent it was marketed, as Plaintiff Gonzalez alleges, as being an "FDA-cleared penile implant for cosmetic enhancement."

## Summary of Qualifications

I am Denise Holliday, a medical device professional with over 20 years of experience in engineering, quality, and regulatory aspects of medical device design and manufacturing.  I currently work as a consultant, assisting in various classes of medical devices globally, with a focus on navigating quality, regulatory, and risk management landscapes.  I also currently work as an adjunct professor for the Biomedical Engineering department at the University of North Texas.  I hold certifications as a regulatory professional through the Regulatory Affairs Professionals Society for medical devices (RAPS RAC- DEVICES), as well as Certified Quality Engineer (CQE) and Certified Quality Auditor (CQA) certification through the American Society of Quality (ASQ).  I also hold a Master's Degree in Regulatory Science from Johns Hopkins University and a Bachelor's Degree in Chemical Engineering with a minor in Biomedical Engineering from the University of California, Irvine.  I am currently pursuing my Doctorate in Regulatory Science at the University of Southern California, with a planned dissertation focused on risk management.

I have relevant experience in the implantable medical device industry (cosmetic breast, orthopedic, dental, ophthalmic, and prosthesis) including conducting both internal audits and ISO certification audits for medical device manufacturers. Internal audits involve a

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 5 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

systematic evaluation of a company's quality management system to verify compliance with its own procedures, FDA Quality System Regulation requirements, and international standards. These audits assess whether processes such as design controls, manufacturing, supplier management, complaint handling, and CAPA are being implemented effectively and consistently across the organization.

In addition, I have performed ISO 13485 certification audits, which are formal, structured assessments conducted to determine whether a medical device manufacturer meets the internationally recognized quality management system requirements for medical device design, manufacturing, and distribution.  These audits evaluate the organization's adherence to the full scope of ISO 13485, including risk management integration, design and development planning, production process controls, validation, traceability, post-market surveillance, and regulatory compliance.

My audit experience includes work with the following medical device implant companies:

- Next Orthosurgical (Vista, CA)
- Evolution Spine (Dallas, TX)
- Astura (Irving, TX)
- InnFocus (Miami, FL)
- Aurora Spine (Carlsbad, CA)
- OsteoMed (Addison, TX)
- Vesta Inc. (Franklin, WI)

I have also provided engineering, quality, and regulatory consulting services to the following medical device companies supporting their development, compliance, and quality-system activities:

- CTL Amedica (Carrollton, TX)
- Dandy (Salt Lake City, UT)
- Ideal Implant (Addison, TX)

- Alcon (Ft. Worth, TX)

I have attached my Curriculum vitae (CV) to identify my previous and current engagements, credentials, education, and skills as a background screening and risk management professional. This is referenced in "*Exhibit A – Denise Holliday CV*". An Agreement for Service has been executed between Capwell Consulting Group, LLC and Bowman and Brooke LLP for professional expert services in matters related to this case which are charged on an hourly basis.

## Disclosure

As required by Federal Rule of Civil Procedure 26(a)(2)(B), I disclose that my hourly rate billed for services in this matter is $500.00 per hour. This hourly rate applies to all tasks performed in connection with this case, including but not limited to document review, analysis, consultation, preparation of this report, meetings with counsel, and any testimony if requested.

I further state that I have no prior expert testimony history. I have never testified as an expert witness at trial, by deposition, or through declaration/affidavit in any federal, state, or administrative proceeding as of the date of this report.

## Documents, Exhibits, and Research Material

The materials referenced in the following section formed the basis for the opinions I have rendered.

1. Gonzalez, J. M. (2025). *Amended Civil Complaint*. Gonzalez v. International Medical Devices, Inc., et al., Case No. 1:24-cv-00982-DAE (W.D. Tex.), filed January 24, 2025. Court filing.

2. Gonzalez, J. M. (2025). *Preliminary Expert-Informed Statement*. Gonzalez v. International Medical Devices, Inc., et al., Case No. 1:24-cv-00982-DAE, dated October 24, 2025. Expert disclosure document.

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 7 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

3. International Medical Devices, Inc. (2022). *Pre-Formed Penile Silicone Block – Box and Pouch Label (3.5" × 8" Thermal Transfer Label)*. Product labeling document.

4. International Medical Devices, Inc. (Rev. D). *Pre-Formed Penile Silicone Block: Instructions for Use* (U001, DCC #22-042) [Device instructions].

5. CFR § 874 (2025). 21 CFR Part 874 — Ear, Nose, and Throat Devices (eCFR as of Nov. 26, 2025), available at https://www.ecfr.gov/current/title-21/chapter-I/subchapter-H/part-874.

6. U.S. Food & Drug Administration, *Product Classification Database – Device Product Code BWN (Manual Operating Table and Accessories)*, accessed November 26, 2025, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpcd/classification.cfm?id=5924

7. U.S. Food & Drug Administration, *510(k) Premarket Notification — K162624* (accessed Nov. 26, 2025), https://www.accessdata.fda.gov/scripts/cdrh/cfPMN/pmn.cfm?ID=K162624

8. U.S. Food & Drug Administration, *510(k) Premarket Notification — K181387* (accessed Nov. 26, 2025), https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=K181387

9. U.S. Food & Drug Administration, *510(k) Premarket Notification — K220760* (accessed Nov. 26, 2025), https://www.accessdata.fda.gov/scripts/cdrh/cfPMN/pmn.cfm?ID=K220760

10. U.S. Food & Drug Administration, *Establishment Registration & Device Listing* (accessed November 26, 2025), https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/rl.cfm

11. 21 U.S.C. § 352 (2018) (Food, Drug, and Cosmetic Act — "Misbranded drugs and devices")

12. U.S. Food and Drug Administration; National Library of Medicine, AccessGUDID — Device Record, Unique Device Identifier B097IMD009XL1 (accessed November 26, 2025), https://accessgudid.nlm.nih.gov/devices/B097IMD009XL1

13. Information provided to me by Counsel in reference to this matter.

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 8 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

## Facts

1. The medical device is regulated as a Class II device under 21 CFR § 874.3620 Ear, nose, and throat synthetic polymer material with the following definition:

   *Ear, nose, and throat synthetic polymer material is a device material that is intended to be implanted for use as a space-occupying substance in the reconstructive surgery of the head and neck. The device is used, for example, in augmentation rhinoplasty and in tissue defect closures in the esophagus. The device is shaped and formed by the surgeon to conform to the patient's needs. This generic type of device is made of material such as polyamide mesh or foil and porous polyethylene.*

2. In accordance with information provided by counsel, this medical device, which requires prescription by a physician, was prescribed by Dr. Kansas for Mr. Gonzalez.

3. The medical device falls under classification product code "MIB", which is defined as "Elastomer, Silicone Block – Ear, nose, and throat synthetic polymer material".

4. The medical device was cleared through the FDA pre-market 510(k) notification system under K162624, K181387 and K220760. Table 1 below identifies the relevant information for each submission.

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 9 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

|  | **K162624** | **K181387** | **K220760** |
|---|---|---|---|
| Decision Date | 2/1/2017 | 1/23/2019 | 5/13/2022 |
| Device Name | Pre-Formed Penile Silicone Block | Same | Same |
| Indications for Use | The Pre-Formed Penile Silicone Block is intended for use in the cosmetic correction of soft tissue deformities, and is contoured at the surgeon's discretion to create a custom implant. | Same | The Pre-Formed Penile Silicone Block is intended for use in augmentation, reconstructive and cosmetic surgery, ~~the cosmetic correction of soft tissue deformities~~ and is contoured at the surgeon's discretion to create a custom implant. When used in augmentation procedures, the device provides cosmetic augmentation of the penis and is intended for aesthetic purposes.[1] |
| Device Description | Medical grade silicone with an embedded polyester mesh | Same | Same |
| Primary Predicate | K042380 | K162624 | K181387 |
| Physical Changes | N/A | New medical grade silicone material | None |
| Other Changes | N/A | None | Updated Indications for Use to align with Intended Use of product – implanted in the penis as a space-occupying substance in cosmetic surgeries |

**Table 1: 510(k) Information**

5. Regarding International Medical Devices, Inc.'s FDA Establishment Registration and Device Listing for the 2026 registration year, the company has four device listings, each titled "Himplant Penile Silicone Implant; Penuma Penile Silicone Implant." The listings are identical in all respects except for the referenced premarket submission numbers: K220760, K181387, K162624, and K042380.

---

[1] Added mark-ups to provide clarity for changes in Indications for Use between submissions.

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 10 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

6. The surgery was performed on August 2, 2022 (per the *Preliminary Expert-Informed Statement)*. The information about the medical device involved in the surgery is as follows:

    - Lot# 896436
    - Name: Himplant, X-Large, Semi-Soft
    - UDI#: B097IMD009XL180132

7. Primary DI Number B097IMD009XL1 is associated with the following information:

    - Brand Name: Silicone Block
    - Version or Model: Extra Large – Semi Soft
    - Global Medical Device Nomenclature (GMDN) Information:
        - Term Code: 45230
        - Term Name: Silicone-block tissue reconstructive material
        - Term Definition: A non-sterile, solid chunk of silicone elastomer typically modified to suit the patient anatomy and implanted, after sterilization, for tissue reconstruction during a surgical procedure. The device is typically available as a cube with a rectangular cross-section or with curved surfaces. It may be carved or trimmed into different sizes and shapes for various reconstructive or cosmetic plastic surgery procedures that involve soft-tissue or bone augmentation, or the formation of prosthetic implants (e.g., chin or malar). This is a single-use device.
    - FDA Product Code: MIB
    - FDA Premarket Submission: K042380, K162624, K181387, K220760

## Overall Opinion and Conclusion

I, Denise Holliday, to the best of my knowledge, as a medical device expert, have formulated the following opinions, which are based on the facts presented to me and the

Case 1:24-cv-00982-DAE     Document 69-6     Filed 01/30/26     Page 11 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

research I conducted in conjunction with the case referenced above and held to a reasonable degree of regulatory certainty.

The medical device was not misbranded in violation of the Federal Food, Drug, and Cosmetic Act. This is based on the following:

1. The surgery was performed on 8/2/2022, several months after K220760 was cleared by the FDA (5/13/2022) for cosmetic augmentation of the penis for aesthetic purposes.

2. According to International Medical Devices Inc. records, the IFU that accompanied the device included the indication of cosmetic augmentation of the penis.

3. The medical device used for the surgery, based on the Device Identifier (DI), is associated with all four FDA premarket submission numbers for the Pre-Formed Penile Silicone Block.

4. The medical devices cleared under all four FDA premarket submissions are identical in material type and technological characteristics.

5. The Indications for Use for all four FDA premarket submissions includes "contoured at the surgeon's discretion to create a custom implant".

6. The regulatory definition of the product indicates that that product is intended to be implanted for use as a space-occupying substance. The intended use for all four FDA premarket submissions is identical.

7. The device listings for the medical device include all FDA premarket submission numbers and under the same device names.

8. The medical device Mr. Gonzalez received on August 2, 2022, was cleared by FDA for cosmetic augmentation of the penis for aesthetic purposes.

Case 1:24-cv-00982-DAE   Document 69-6   Filed 01/30/26   Page 12 of 17

JOSE M. GONZALEZ v. INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES J. ELIST M. D., A MEDICAL CORPORATION, AND DR. JAMES ELIST

## Disclaimer

I, Denise Holliday, provide this report based on the information made available to me, including materials supplied by counsel and documents produced through discovery and research I have conducted.  I acknowledge that such information may be flawed, inaccurate, or incomplete, and my opinions are therefore limited to the accuracy and completeness of the materials I received.  I make no warranties regarding the reliability, accuracy, or sufficiency of any underlying data or representations provided to me.  My opinions are offered to a reasonable degree of professional certainty and are subject to revision should additional or clarifying information become available.  I expressly reserve the right to amend, supplement, or modify this report if further evidence or materials warrant such changes.

## END OF REPORT

# DENISE HOLLIDAY

Medical Device, Regulatory Compliance, and Risk Management Expert



Dholliday@capwellconsulting.com
Office  (412) 262-9191
Mobile (469) 268-1865
www.capwellconsulting.com
www.linkedin.com/in/denise-schuler-holliday

## SUMMARY

Denise Holliday is a litigation and expert witness consultant for Capwell Consulting Group LLC. Ms. Holliday lends her expertise to her clients from her career spanning over 2 decades in the highly regulated field of medical device quality management systems, international regulatory compliance, quality assurance, and medical device risk management. As a medical device regulatory consultant for Capwell Consulting Group, she provides strategic litigation support to medical technology businesses, healthcare organizations, and startups. She conducts ISO 13485 Medical Device and ISO 9001 Quality Management certification audits, spearheads quality management system implementations, and manages regulatory assessments. She delivers expert testimony for medical device litigation, guiding attorneys and organizations through the complexities of the global medical device industry.

## SUBJECT EXPERTISE

| | |
|---|---|
| **US FDA 21 CFR** | **Health Canada SOR/98-282** |
| **MDSAP** | **EU MDD/ MDR** |
| **Auditing** | **Risk Management Process** |
| **Verification and Validation** | **Design Development** |
| **Clinical Evaluation and Trials** | **Recalls and Reports** |
| **Post Market Surveillance** | **Training** |
| **Quality Management Systems** | **Global Regulatory Analysis** |
| **ISO13485** | **Program Management** |
| **ISO 14971** | **ISO 9001** |

## PRODUCT EXPERTISE

| | |
|---|---|
| **Ophthalmology** | **Spinal Implants** |
| **Cardiology** | **Ventilators** |
| **Orthopedic** | **Gynecology/Obstetrics** |
| **In-Vitro Diagnostics** | **Dental** |
| **Neurology** | **Prosthetics** |
| **Non-Active Implants** | **General Hospital** |
| **General Surgical Equipment** | **Sterilization Processes** |
| **Software** | |

**REGULATORY AND COMPLIANCE EXPERTISE**

**483 and Warning Letter Issuance**
**Consent Decree Litigation**
**FDA Registration and Listing Matters**
**FDA Approval and Clearance Disputes**

**PROFESSIONAL EXPERIENCE**

**CONSULTANT**

**Capwell Consulting Group | Saint Augustine, FL | April 2024 – Present**

Capwell Consulting Group is an expert witness and litigation consulting firm that offers nationwide litigation support services in the field of medical devices, regulatory compliance, medical quality assurance and risk management solutions. Ms. Holliday's responsibilities include strategic consulting in medical device manufacturing, compliance, litigation support and expert testimony within the regulatory compliance framework.

- Provides expert testimony and reporting for litigation involving medical device quality, manufacturing, auditing, and global regulatory analysis.
- Expert consultant within the international medical device, regulatory compliance, and risk management industries.
- Specializes in quality management systems, international regulatory compliance, risk management, and technical documentation for all classes of medical devices.
- Certified and experienced auditor adept at analyzing compliance with Food and Drug Administration (FDA) and global regulations, including interactions, licensing, certifications, submissions, and reporting.
- Consults on the development, implementation, management, and continual improvement of ISO 13485 Medical Device Quality Management Systems – Requirements for regulatory purposes.
- Consults on the development, implementation, management, and continual improvement of ISO 9001 Quality Management System (QMS) Standards.

**PRESIDENT AND CEO**

**Schuler Medical Device, Inc. | Frisco, TX | April 2015 – Present**

Schuler Medical Device is a consulting firm providing quality and regulatory expertise to medical device organizations across the globe.

- Conducts ISO 13485:2016 and ISO 9001:2015 certification audits.
- Performs internal, supplier, and Medical Device Single Audit Program (MDSAP) audits.
- Reviews and author technical article for Quality Progress magazine.
- Manages and direct quality and regulatory departments.
- Implements and maintains Quality Management Systems (QMS).
- Conducts comprehensive regulatory assessments for compliance.
- Performs Standards GAP Assessments to identify compliance and procedure failures.
- Manages 510(k) and Premarket Approval (PMA) regulatory submissions.
- Prepares EU MDR Medical Device Regulation technical file submissions.
- Handles registration, listing, and licensing for medical devices.
- Assists in design development for medical device prototypes.
- Provide recall and remediation support to ensure regulatory compliance.

### DIRECTOR OF QUALITY

**Hound Labs, Inc. | Freemont, CA** | August **2022 - September 2023**

Hound Labs is a biotech company that developed the first breath testing solution to specifically target THC molecules, limiting cannabis detection to the workday.

- Responsible for developing, establishing, and maintaining quality systems needed for manufacturing and R&D operations.
- Led the implementation of advanced quality systems for product planning and manufacturing processes in a medical device-regulated environment.
- Ensured compliance of products and processes from development through post-market, maintaining adherence to regulatory standards.
- Developed, implemented, and managed the company's Background Screening Agency Accreditation Program (BSAAP) Accreditation Certification in accordance with industry standards.
- Managed quality assurance team in the establishment, implementation and maintenance of a QMS in accordance with ISO 9001:2015 and ISO 13485:2016.

### SENIOR QUALITY ENGINEER

**Nypro Healthcare (Jabil) | Coppell, TX | August 2015 - January 2017**

Nypro Healthcare, a Jabil company was a design and development center providing medical device companies with development and production services. Medical device products included implantable drug delivery devices, surgical ophthalmology devices, and their accessories.

- Project lead for design and development activities for Class I, II, and III medical devices and accessories such as Installation, Operational, and Performance Process Qualifications (IQ/OQ/PQ), sterilization, Design Verification and Validation, and clinical builds/studies.
- Prepared and implemented design and development documentation including risk and Failure Mode Effects Analysis (pFMEA, dFMEA), Preliminary Hazard Analysis (PHA), quality and validation plans, Design Input Output Matrix (DIOM), product specifications, supplier evaluation, Design History File (DHF), Device History Record (DHR).
- Engineering studies include statistical analysis, protocols and summary reports for qualifications and validation activities.
- Managed non-project related activities such as training program, complaint handling, Corrective and Preventive Action (CAPA), Non-Conforming Material Review (NCMR), and Management Review Board (MRB) responsibilities across multiple facilities.

### SENIOR MANAGER OF QUALITY AND REGULATORY

**Austco | Coppell, TX** | May 2014 **– August 2015**

Austco provides healthcare communication services including nurse call systems, enterprise reporting, and analytical tools for caregivers and clinical staff.

- Established and managed QA and Regulatory departments, including personnel, systems, and functions for a small Australian manufacturer of Class II hospital communication systems that relocated to the US.
- Established, implemented, and managed entire QMS per FDA, ISO 13485, Canada and Medical Device Directive regulations (MDD), including complaints, post-market surveillance, returns, supplier and internal audits, corrective and preventive actions (CAPAs), non-conforming material, management reviews, documentation, validations, equipment and environmental controls, and labeling.
- Continuous implementation of global regulatory plans associated with changes to current product as dictated through the product development process (PDP).

### DIRECTOR OF QUALITY AND REGULATORY

**AutoMedx | Flower mound, TX** | January 2011 **– May 2014**

AutoMedx is a veteran-owned automated ventilator manufacturer primarily for use by combat medics in field hospitals.

- Established and managed QA and Regulatory departments, including personnel and systems, for small manufacturer of Class II automated ventilation systems, accessories, and software in accordance with FDA, ISO 13485, Canada and MDD regulations.
- Prepared and compiled CE Technical File Submission, 510(k), and DHFs for design development projects, and achieved ISO 13485 and CE certification.
- Managed all FDA and regulatory audits, interactions, licensing, certifications, submissions, and reporting activities, including adverse events and vigilance.
- Ensured daily QA manufacturing requirements are met, including inspections (incoming, in-process and final), record approvals, and issuance.

### DIRECTOR OF QUALITY AND REGULATORY

**Avail Medical (Flextronics/FLEX Medical) | Dallas, TX** | June 2008 **– Dec 2010**

Avail Medical, acquired and operated by Flextronics's medical device division Flex Medical, operated as a design and development center for all classes of medical device products. Medical device products included blood regulation devices, tourniquets, and wound care kits and accessories.

- Oversaw all design and development activities for Class I, II, and III medical devices such as IQ/OQ/PQ, sterilization, Design Verification and Validation, and clinical builds/studies.
- Prepared and implemented design and development documentation including risk/failure analysis (pFMEA, dFMEA and PHA), quality and validation plans, DIOM, product specifications, supplier evaluation, DHF, DHR, engineering studies including statistical analysis, and protocols and summary reports for qualifications and validation activities.

### LICENSES AND CERTIFICATIONS

**Regulatory Affairs Certification RAC-DEVICES** 2021**, Regulatory Affairs Professionals Society (RAPS)**
**BSI Group**
**ISO 13485:2016 Lead Auditor Certification** 2018
**ISO 9001:2015 Lead Auditor Certification**
**Certified Quality Auditor Certification** 2010, American Society for Quality
**Certified Quality Engineer Certification** 2009, American Society for Quality
**Six Sigma Green Belt**

### EDUCATION

**Doctorate Regulatory Science - University of Southern California**
Expected June 2027
**Master of Science, Regulatory Science - The Johns Hopkins University**
May 2025
**Bachelor of Science, Chemical and Biomedical Engineering – University of California, Irvine** 1998-2003
**Minor: Biomedical Engineering - University of California, Irvine** 1998 – 2003

## ACCOLADES AND MEMBERSHIPS

**Adjunct Professor - Educating on regulatory and quality standards and processes**
**Received Outstanding Professor Award**
University of North Texas, 2024
**American Society for Quality**
(ASQ), member since 2009
**Regulatory Affairs Professional Society**
(RAPS), member since 2016